# Exhibit A

**Energy**

**Policy Number**

  **ENGLO1800982**

**Assured**

**BJ Services, LLC**

**Reassured**

**File Name**

  **Commercial General Liability**

---

**For LPSO use**

---

**For ILU use**

---

**For LIRMA use**

---



**Unique market reference number**

B0713ENGLO1800982

| RISK DETAILS |
| --- |

**UNIQUE MARKET REFERENCE:** **B0713ENGLO1800982**

**TYPE:** Commercial General Liabilities.

**INSURED:** **BJ Services, LLC** and as per Named Insured Schedule.

**INSUREDS ADDRESS:** 11211 FM 2920,
Tomball, Texas 77375
United States of America

**PERIOD:** From: 1st April 2018, 12:01 a.m. hours Local Standard Time at the Insured's address.

To: 1st April 2019, 12:01 a.m. hours Local Standard Time at the Insured's address.

**LIMITS OF LIABILITY:**
USD 1,000,000 each Occurrence

USD 2,000,000 General Aggregate Limit

USD 2,000,000 Products and Completed Operations Aggregate Limit

USD 1,000,000 Personal & Advertising Injury

USD 500,000 Damage to Premises Rented to You

USD 5,000 Medical Payments

**DEDUCTIBLE** USD 250,000 in respect of each "Occurrence"

**SITUATION:** Worldwide.

**CONDITIONS:** ISO Commercial General Liability (Occurrence) Form CG 00 01 12 04 amended as follows:

**SECTION I – COVERAGES** amended as follows

**COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY**

**SECTION I – COVERAGES 2. Exclusions;**
**f. Pollution** is deleted in its entirety and replaced with the attached Seepage, Pollution & Contamination Exclusion & Buyback.

**SECTION V – DEFINITIONS.** Item 3. Definition for "Bodily Injury" is amended to read as follows:
The words "Bodily Injury", wherever used in this Policy, shall mean bodily injury, sickness, disability, or disease. "Bodily Injury" shall also mean mental injury, mental anguish, humiliation, shock or death if directly resulting from bodily injury, sickness, disability or disease.

Checked



2



**Unique market reference number**

B0713ENGLO1800982

Coverage hereon is subject to the CGU12A (Supplementary Exclusions A) as attached.

Coverage hereon is subject to the Professional Services Endorsement CGU 12 O G, as attached.

Coverage hereon is subject to the CGU12Z (Supplementary Exclusions B) as attached but exclusion 4(a) shall not apply to third party property.

Coverage hereon is subject to the Underground Property Damage Endorsement CGU13J, as attached.

**SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS**

Coverage hereon is subject to the Primary Insurance Endorsement CGU12W as attached.

Item 2, "You" shall be defined as "the Insured's Risk Management Department".

Named Insured Schedule as attached.

Coverage hereon is subject to the Additional Insured Clause CGU 13 O T as attached.

Coverage hereon is subject to the Actions Over Indemnity Endorsement CGU 12 O A as attached.

Coverage hereon is subject to the Waiver of Subrogation Endorsement CGU 12L as attached.

Louisiana Anti-Indemnity Statute Endorsement CGU 12 O E as attached.

Certificate of Insurance Endorsement to apply hereunder, as attached.

Institute Radioactive Contamination, Chemical, Biological, Bio-chemical and Electromagnetic Weapons Exclusion Clause CL.370 dated 10/11/2003 as attached.

Institute Cyber Attack Exclusion Clause CL 380 dated 10/11/2003 as attached.

Sanction Limitation and Exclusion Clause LMA 3100, as attached.

Notification of claims to: Lockton Global Energy.

LMA 5218 U.S. Terrorism Risk Insurance Act of 2002 as amended New & Renewal Business Endorsement.  LMA 5219 U.S. Terrorism Risk Insurance Act of 2002 as amended Not



Purchased Clause to apply if no formal confirmation received from the Insured prior to inception.

Reporting Endorsement CGU 12S, as attached; however, item (iii) is removed. .

War and Terrorism Exclusion Endorsement NMA 2918, as attached.

CGU12X – Saline Substances Endorsement as attached.

**NOTICES:**          Texas Complaints Clause LSW1022A and Texas Surplus Lines Clause.

Duty to disclose Material Information
Every proposer or (re)insured when seeking a new policy of (re)insurance or cover for additional risks or renewal under existing policy, must disclose any information that might influence the reinsurers/reinsurers in fixing the premium or determining whether to accept the risk. Failure to do so may entitle insurers/reinsurers to void cover from inception and seek repayment of claims. If you are in any doubt as to whether information is material, you should disclose it. The duty of disclosure is re-imposed when there are changes or variations in cover and when the insurance document is renewed or extended. In addition, changes that substantially increase the risk or relate to compliance with a warranty or condition in the insurance document must be notified at once.

**CHOICE OF LAW**
**AND JURISDICTION:**   Choice of Law:        The Proper and exclusive Law of this insurance shall be New York Law.

          Choice of Jurisdiction:   In accordance with Service of Suit CL355 as attached hereunder.

**PREMIUM (100%):**      ███████      per annum, allocated as follows:

          USA Premium:       ██████████

          Canada Premium:    ██████████

          Additional Premium in respect TRIA as amended ███ per annum or pro-rata subject as applicable to LMA5091 or LMA5092.

          Policyholder Disclosure Notice of Terrorism Insurance Coverage LMA9011.
**PAYMENT TERMS:**      LSW 3000 (60 days / 15 days).

**SUBJECTIVITIES:**     Internal sign-off by Slip Leader in regards to Canadian exposures.



Unique market reference number



B0713ENGLO1800982

**TAXES PAYABLE
BY (RE)ASSURED
AND ADMINISTERED
BY INSURERS:**    None.

**TAXES PAYABLE
BY INSURERS AND
ADMINISTERED BY
INSURED
OR THEIR AGENT:**    None.

**RECORDING,
TRANSMITTING &
STORING
INFORMATION:**    Where the Broker maintains risk and claim
data/information/documents the broker may hold
data/information/documents electronically.

**INSURER CONTRACT
DOCUMENTATION:**    This document details the contract terms entered into by the
Insurer(s) and constitutes the contract document.

Any further documentation changing this contract, agreed in
accordance with the contract change provisions set out in this
contract, shall form the evidence of such change.



**Unique market reference number**



B0713ENGLO1800982

## INFORMATION

The following information was provided to Insurers to support the assessment of the risk at the time of underwriting:

Casualty Submission seen by participating insurers hereon including the following:
-Exposure Summary
-Location Schedule
-Named Insured Schedule
-Auto Schedule
-Payroll Estimates & Summary
-BJ Energy Services Overview presentation
-BJ Services Loss Runs



**Unique market reference number**

B0713ENGLO1800982

### SCHEDULE OF NAMED INSUREDS

| Company | FEIN |
|---|---|
| BJ Services, LLC | **81-1373543** |
| CSL Completion Holdings, LLC | 32-0488748 |
| Allied Energy Services, LLC | 81-3388891 |
| Allied Energy Services (Canada) | |
| Allied Energy Services Real Estate, (Canada) | |
| Allied Energy Services Real Estate | |
| Allied Energy JV Contribution, LLC | |
| Allied Completions Holdings, LLC | |
| BJ Services Holdings Canada, ULC (Canada) | 98-1366181 |
| BJ Allied Newco, LLC | None (1) |
| BJ Services Luxembourg S.a.r.l | 98-1366229 |
| BJ Services, Inc. | 30-0976566 |





**Unique market reference number**

B0713ENGLO1800982

## POLLUTION ENDORSEMENT

**THE FOLLOWING ENDORSEMENT REPLACES THE TERMS OF ANY OTHER POLLUTION EXCLUSION(S) CONTAINED IN THIS INSURANCE.**

This insurance does not apply to any actual or alleged liability:

for Bodily Injury, Property Damage Personal or Advertising Injury directly or indirectly caused by or arising out of seepage, pollution or contamination however caused whenever or wherever happening;

This exclusion shall not apply where all of the following conditions are shown by the insured to have been met:-

a.      the seepage, pollution or contamination was caused by an occurrence and

b.      the occurrence first commenced on an identified specific date during the   period     of this policy and

c.      the occurrence was first discovered by the insured within 30 days of such first commencement and

d.      written notification of the occurrence was first received from the insured by us within 90 days of the insured's first discovery of the occurrence and

e.      the occurrence did not result from the insured's intentional violation of any statute, rule, ordinance or regulation.

Even if the above conditions a. to e. are satisfied, this policy does not apply to any actual or alleged liability:-

(i)      to abate or investigate any threat of seepage onto or pollution or   contamination     of the property of a third party;

(ii)     for seepage, pollution or contamination of property which is or was, at any time, owned, leased, rented or occupied by any insured, or which is or  was, at any time, in the care, custody or control of any insured (including the soil, minerals, water or any other substance on, in or under such owned, leased, rented, occupied or controlled property or property in such care, custody or control);

(iii)    in respect of any seepage, pollution or contamination which is directly caused by or arises out of the drilling of, production from, servicing of, operation of or participation in wells or holes;

(iv)     arising out of the handling, processing, treatment, storage, disposal or    dumping of any waste materials or substances, or arising out of such   waste       materials     or substances during transportation;

CGU 12B (amended)





**Unique market reference number**

B0713ENGLO1800982

## U.S. Terrorism Risk Insurance Act of 2002 as amended
## New & Renewal Business Endorsement

*This Endorsement is issued in accordance with the terms and conditions of the "U.S. Terrorism Risk Insurance Act of 2002" as amended, as summarized in the disclosure notice.*

In consideration of an additional premium of            it is hereby noted and agreed with effect from inception that the Terrorism exclusion to which this Insurance is subject, shall not apply to any "insured loss" directly resulting from any "act of terrorism" as defined in the "U.S. Terrorism Risk Insurance Act of 2002", as amended ("TRIA").

The coverage afforded by this Endorsement is only in respect of any "insured loss" of the type insured by this Insurance directly resulting from an "act of terrorism" as defined in TRIA. The coverage provided by this Endorsement shall expire at 12:00 midnight December 31, 2020, the date on which the TRIA Program is scheduled to terminate, or the expiry date of the policy whichever occurs first, and shall not cover any losses or events which arise after the earlier of these dates. The Terrorism exclusion, to which this Insurance is subject, applies in full force and effect to any other losses and any act or events that are not included in said definition of "act of terrorism".

This Endorsement only affects the Terrorism exclusion to which this Insurance is subject. All other terms, conditions, insured coverage and exclusions of this Insurance including applicable limits and deductibles remain unchanged and apply in full force and effect to the coverage provided by this Insurance.

Furthermore the Underwriter(s) will not be liable for any amounts for which they are not responsible under the terms of TRIA (including subsequent action of Congress pursuant to the Act) due to the application of any clause which results in a cap on the Underwriter's liability for payment for terrorism losses.

LMA5218
12 January 2015



**Unique market reference number**



B0713ENGLO1800982

## PREMIUM PAYMENT CLAUSE

The Insured undertakes that premium will be paid in full to Underwriters within 60 days of inception of this Policy (or, in respect of installment premiums, when due).

If the premium due under this Policy has not been paid to Underwriters by the 60th day from the inception of this Policy (and, in respect of installment premiums, by the date they are due) Underwriters shall have the right to cancel this policy by notifying the Insured via the broker in writing. In the event of cancellation, premium is due to Underwriters on a pro-rata basis for the period that Underwriters are on risk but the full policy premium shall be payable to Underwriters in the event of a loss or occurrence prior to the date of termination which gives rise to a valid claim under this policy.

It is agreed that Underwriters shall give not less than 15 days prior notice of cancellation to the Insured via the broker. If premium due is paid in full before the notice period expires, notice of cancellation shall automatically be revoked. If not, the policy shall automatically terminate at the end of the notice period.

Unless otherwise agreed, the Slip Leader (and Agreement Parties if appropriate) is authorised to exercise rights under this clause on their own behalf and on behalf of all Underwriters participating in this contract.

If any provision of this clause is found by any court or administrative body of competent jurisdiction to be invalid or unenforceable, such invalidity or unenforceability will not affect the other provisions of this clause which will remain in full force and effect.

Where the premium is to be paid through a London Market Bureau, payment to Underwriters will be deemed to occur on the day of delivery of a premium advice note to the Bureau.

11/01
LSW 3000





## SUPPLEMENTARY EXCLUSIONS A

NOTWITHSTANDING ANYTHING TO THE CONTRARY CONTAINED IN THIS INSURANCE, THIS INSURANCE IS SUBJECT TO THE FOLLOWING ADDITIONAL EXCLUSIONS AND IT DOES NOT APPLY TO:-

1.  any liability of the "Insured" to any party arising out of "bodily injury" and/or "personal injury" to or illness or death of any "employee" of the "Insured", including without limiting the generality of the foregoing any such liability for (i) indemnity or contribution whether in tort, contract or otherwise and (ii) any liability of such other parties assumed under contract or agreement.

2.  any liability to any "leased employee" however this exclusion does not apply to Employers Liability if the person is enrolled under the Insured's Workers' Compensation Program. "Leased employee" means a person leased to the "Insured" by a leasing firm under a written contract between the "Insured" and the leasing firm to perform duties related to the conduct of the "insured's" business.

3.  any liability for loss of, damage to, or loss of use of property directly or indirectly resulting from subsidence caused by sub-surface operations of the "Insured".

4.  for any fines or penalties.

5.  any act, negligence, error or omission, malpractice or mistake arising out of Professional Services committed or alleged to have been committed by or on behalf of the "Insured" in the conduct of any of the "Insured's" business activities. Professional Services means the preparation or approval of audits, accounts, maps, plans, opinions, reports, surveys, designs or specifications and supervisory, inspection, engineering, or data processing services.

6.  any liability directly or indirectly caused by or arising out of asbestos, tobacco, coal dust, mold, chromium copper arsenate; Exterior Insulation and Finish System (EIFS); polychlorinated biphenyls, silica, benzene, lead, Methyl Tertiary Butyl Ether/Ethyl; talc, dioxin, pesticides or herbicides, electromagnetic fields, pharmaceutical or medical drugs/products/ substances/devices; or any substance containing such material or any derivate thereof.

7.  any liability in the nature of hearing loss or damage, human immunodeficiency virus or acquired immune deficiency syndrome, cumulative trauma disorder, repetitive motion or strain injury, carpal tunnel syndrome.

8.  any liability arising out of the "Insured's" failure to supply or from fluctuations in supply of any oil, gas, electricity, chemicals, products, materials or services.

9.  any liability arising out of any act or omission of the Insured, or any other person or entity for whose acts or omissions the insured is legally liable, in respect of the Insured's Employee Benefits.

    As used in this exclusion, the term "Employee Benefits" means Group Life Insurance, Group Health Insurance, Profit-Sharing Plans, Pension Plans, Employee Stock Subscription Plans, Workers' Compensation, Unemployment Insurance, Social Security and Disability Benefits Insurance and the following: -

    a.  giving counsel to employees with respect to Employee Benefits;
    b.  interpreting the Employee Benefits;





Unique market reference number

B0713ENGLO1800982

 c. handling and keeping of records in connection with Employee Benefits;

 d. effecting enrolment, termination or cancellation of employees under the Employee Benefits;

 e. any dishonest, fraudulent, criminal, or malicious act or omission;

 f. failure of performance of contract by an insurer;

 g. lack of compliance with the terms of any contract, declaration of trust, or instrument providing Employee Benefits;

 h. lack of compliance with any law concerning Employee Benefits;

 i. failure to procure or maintain satisfactory and adequate insurance on Employee Benefits assets or property;

 j. failure of stock or other securities or of any investments of whatever kind to perform as represented;

 k. advice given to an employee to participate or not to participate in stock subscription or similar plans; and

 l. any liability arising out of the Employee Retirement Income Security Act and any other similar federal, state or other statutes, rules or regulations.

10. a. actual or alleged liability arising out of an "Insured's" capacity, duty or responsibility as an officer, director or trustee of a corporation by reason of any breach of fiduciary duty or improper conduct or conflict of interest in the performance of an "Insured's" duties, responsibilities or accountability as an officer, director or trustee, including without limitation, any actual or alleged misstatement, misleading statement, gain of personal profit or advantage to which the "Insured" was or is not entitled legally, any dishonest act, or bad faith conduct, in the "Insured's" capacity as an officer, director or trustee, or with respect to the capital, assets or securities of the corporation, or any action taken beyond the scope of the "Insured's" authority as an officer, director or trustee;

 b. actual or alleged liability arising out of any violation(s) of any national federal, state or local law regulating, controlling and governing stock, bonds or securities of any type or nature, including, without limitation, liability under The Securities Act of 1933, The Securities Exchange Act of 1934, The Trust Indenture Act of 1939, The Public Utility Holding Company Act of 1935, The Investment Company Act of 1940, The Investment Advisers Act of 1940, and the so called "Blue Sky" Laws of the various States or other jurisdictions;

 c. actual or alleged liability of any officer, director or trustee arising out of a shareholder's derivative action;

 d. actual or alleged liability which would be payable under the terms of a Directors and Officers Liability Insurance Policy or a Directors and Company Reimbursement Indemnity Policy of the type issued by insurance companies of the United States of America, as if any "Insured" had obtained such coverage in an amount sufficient to pay the full amount being claimed against any "Insured" and any defence thereof, whether or not any "Insured" has obtained such coverage.

11. a. actual or alleged liability arising out of or incident to any alleged violation(s) of any federal state or local law regulating, controlling and governing antitrust or the prohibition of monopolies, activities in restraint of trade, unfair methods of competition or deceptive acts and practices in trade and commerce including, without limitation, the Sherman Act, the Clayton Act, the Robinson-Patman



Act, the Federal Trade Commission Act, The Hart-Scott Rodino Antitrust Improvements Act and the Racketeer Influenced And Corrupt Organizations Act;

b.   for any "Claims" for damages made by or on behalf of the Federal Deposit Insurance Corporation, the Federal Savings and Loan Insurance Corporation, the Resolution Trust Company, and other depository insurance corporation, the Comptroller of the Currency, the Federal Home Loan Bank board or any other national, federal, state or local bank regulatory agency, in its capacity as regulator, receiver, conservator, liquidator shareholder, successor in interest or assignee of the "Insured", whether such liability for damages is brought in the name of such agency or by or on behalf of such agency in the name of any other person; or

c.   actual or alleged liability arising out of or contributed to by the dishonesty, infidelity or fraud of any "Insured";

All other terms, clauses and conditions remain unaltered.

(CGU 12A)





**Unique market reference number**

B0713ENGLO1800982

## PROFESSIONAL SERVICES EXCLUSION WITH CONSEQUENTIAL BODILY INJURY OR PROPERTY DAMAGE WRITEBACK

Exclusion 5 of Supplementary Exclusions A (CGU12A) is deleted and replaced by the following: -

5.      any negligence, error or omission, malpractice or mistake arising out of Professional Services committed or alleged to have been committed by or on behalf of the "insured" in the conduct of any of the "insured's" business activities.  Professional Services means the preparation or approval of audits, accounts, maps, plans, opinions, reports, surveys, designs or specifications and supervisory, inspection, engineering, or data processing services.

This exclusion does not apply to "bodily injury" or "property damage" that results directly from such Professional Services in connection with the "insured's" capacity as an Oilfield Services Company.





B0713ENGLO1800982

## SUPPLEMENTARY EXCLUSIONS B

NOTWITHSTANDING ANYTHING TO THE CONTRARY CONTAINED IN THIS INSURANCE, THIS INSURANCE IS SUBJECT TO THE FOLLOWING ADDITIONAL EXCLUSIONS AND THIS INSURANCE DOES NOT APPLY TO:-

1.  any liability for
    a.  loss of or damage to any well or hole
        (i)   which is being drilled or worked over by or on behalf of the Insured,
        or
        (ii)  which is in the care, custody or control of the Insured,
        or
        (iii) in connection with which the Insured has provided services, equipment or materials.
    b.  any cost or expense incurred in the redrilling or restoring of any such well or any substitute well or hole.

2.  any liability for loss of or damage to any drilling tool, pipe, collar, casing, bit, pump, drilling or well servicing machinery, or any other equipment while it is below the surface of the earth in any well or hole.

    a.  which is being drilled or worked over by or on behalf of the Insured,
    or
    b.  which is in the care, custody or control of the Insured,
    or
    c.  in connection with which the Insured has provided services, equipment or materials.

3.  any liability for costs and expenses incurred in, or incidental to

    a.  controlling or bringing under control any wells or holes,
    or
    b.  extinguishing fire in or from any wells or holes,
    or
    c.  drilling relief wells or holes, whether or not the relief wells or holes are successful.

4.  any liability for costs and expenses incurred in, or incidental to

    a.  the raising, removal or destruction of any wreckage, debris or obstruction, however caused, whether or not the property of the Insured, and whether or not such raising, removal or destruction is required by law, contract or otherwise,

    b.  the removal or recovery of any drilling tool, pipe, collar, casing, bit, pump, drilling or well servicing machinery or any other equipment while it is below the surface of the earth in any well or hole.

5.  any liability for loss of or damage to sub-surface oil, gas, water, or other substance or material, or the cost or expense of reducing to physical possession above the surface of the earth any oil, gas, water, or other substance or material,

**Unique market reference number**



B0713ENGLO1800982

or expense incurred or rendered necessary to prevent or minimise such loss or damage.

6.  any liability for damages to any Co-owner of a working interest with respect to such working interest. As used in this exclusion, the term "Co-owner of a working interest" means any person or entity working with the Insured, a Co-owner, joint venturer or mining partner in mineral properties who participates in the operating expense of such properties or revenues therefrom, or who has the right to participate in the control, development or operation of such properties.

(CGU12Z)

All other terms, clauses and conditions remain unaltered.





Unique market reference number

B0713ENGLO1800982

## UNDERGROUND PROPERTY DAMAGE ENDORSEMENT

Notwithstanding exclusion 5. of the Supplementary Exclusions B attached to this policy, the exclusion shall not apply to "property damage" included within the "underground property damage hazard" provided that the Insured establishes that all of the following conditions have been met:

A The "occurrence" was accidental and was neither expected nor intended by the Insured. An accident shall not be considered unintended or unexpected unless caused by some intervening event neither expected nor intended by the Insured.

B. The "occurrence" can be identified as commencing at a specific time and date during the term of this policy.

C. The "occurrence" became known to the Insured within 30 days after its commencement and is reported to insurers within 60 days thereafter.

D. The "occurrence" did not result from the Insured's intentional and wilful violation of any government statute, rule or regulation.

Exclusions 1, 2 and 3 of the Supplementary Exclusions B attached to this policy shall only apply in respect of any well or hole in which the insured has an ownership or financial interest or in respect of operations performed by the Insured under a Turnkey contract. Coverage by this paragraph is subject to conditions A, B, C and D above.

### Limits of Liability

USD 2,000,000 Aggregate Limit. Nothing contained herein shall operate to increase our total limit of liability stated in the Declarations attached to this Policy. This is not a separate aggregate and is subject to the remaining available balance of the applicable aggregate limit being;

A. ~~the General Aggregate, or~~

B. the all other coverages combined aggregate.

### Definition

"underground property damage hazard" means "property damage" to oil, gas, aquifer including water contained therein or other mineral substances which have not been reduced to physical possession above the surface of the earth or above the surface of any body of water.

### Agreement in Connection with Blow-outs or Cratering of Wells

A Upon the occurrence of a blow-out or cratering of any oil, gas or water well resulting from or in connection with operations performed by or on behalf of the named insured, the named insured hereby agrees that:

1) Where the insured is operator or joint operator of the well, it will, at its own cost and expense, use due and reasonable diligence to take all such prompt steps for the purpose of controlling or bringing under control such well.

2) Where the insured holds a non-operating interest in the well, it will endeavour to see that the operator uses due and reasonable diligence to take all such prompt steps for the purpose of controlling or bringing under control such well,

In the event of failure or delay of the insured to comply with the



**Unique market reference number**

B0713ENGLO1800982

obligations of this agreement, insurers shall not be liable for any "property damage" included within the "underground property damage hazard" resulting from the blowout or cratering of any such well.

B. Express Agreement in respect of exclusions 1, 2, 3 and 5 of the Supplementary Exclusions B where the insured is not an operator or non-operator.

Unless otherwise agreed by insurers in writing, the Insured agrees through written contract to contract out of all responsibilities covered by this limited writeback of coverage other than for gross negligence exceptions.

Coverage hereon will not apply if the insured has failed to obtain contractual protection from an operator of any well or hole. Coverage will continue if a contract is ruled invalid by a court of competent jurisdiction.

(CGU13J)

All other terms, clauses and conditions remain unchanged.



**Unique market reference number**

B0713ENGLO1800982




## SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS

Item **4 Other Insurance a. primary Insurance** is subject to the **PRIMARY INSURANCE ENDORSEMENT** CGU12W as follows:-

Where you are named as an additional Insured on the policy(ies) of others, this insurance shall only apply in excess of and shall not be contributory with other said policy(ies).

Notwithstanding the above or any other clauses contained within this insurance where required by written contract this insurance shall be primary to any other valid and collectable insurance.

CGU12W

All other terms, clauses and conditions remain unaltered.





**Unique market reference number**

B0713ENGLO1800982

## ADDITIONAL INSURED ENDORSEMENT

The words "Additional Insured", wherever used in this Policy, shall mean any person or entity to whom the "Insured" is obliged by an "Insured Contract" entered into before any relevant "Occurrence" and/or "Claim" to provide insurance such as is afforded by this Policy with respect to "Bodily Injury" or "Property Damage" arising out of operations conducted by the "Insured" but only to the extent required by any indemnity given by the "Insured" in said "Insured Contract" to an "Additional Insured".

All other terms, clauses and conditions remain unaltered.

**CGU13OT**





**Unique market reference number**

B0713ENGLO1800982

## ACTIONS OVER INDEMNITY ENDORSEMENT

Subject to all of the terms of this insurance, we will pay amounts for which you shall become liable to pay, on account of investigation, defense and indemnity as respects your responsibilities, if any, to third parties by virtue of defense and indemnity obligations assumed under written contract or agreement and arising from "bodily injury" of any of your "employees" except insofar as same may arise from occupational disease.

CGU 12 O A





**Unique market reference number**

B0713ENGLO1800982

## LOUISIANA ANTI-INDEMNITY STATUTE ENDORSEMENT

In consideration of an additional premium as detailed below and paid to us by the indemnified party(ies), the indemnified party(ies) as required by written contract is/are named as additional insured but only in respect of legal liability for which the indemnified party(ies) would be indemnified under the terms of the applicable contract in absence of the Louisiana Anti-indemnity Act.

You shall maintain records of all such Indemnity Agreements entered into and shall provide to us a list in writing of all such agreements made within 30 days of the expiration date of the policy to which this endorsement attaches.

Nothing contained in this Endorsement shall extend this policy to cover any actual or alleged liability that would not have been covered had this endorsement not been attached to this policy.

Additional Premium per Certificate: ████████

CGU 12 O E





**Unique market reference number**

B0713ENGLO1800982

## WAIVER OF SUBROGATION ENDORSEMENT

We agree to waive our rights of subrogation against any principal where waiver is required by written contract but only in respect of liability for Bodily Injury and/or Property Damage arising out of operations performed by you and only to the extent required under said written contract.

CGU12L

All other terms, clauses and conditions remain unaltered.





**Unique market reference number**

B0713ENGLO1800982

## CERTIFICATE OF INSURANCE ENDORSEMENT

In consideration of the premium charged hereunder, Underwriters understand that in the course of their business the Insured is required to furnish evidence of insurance that is provided by this policy to various third parties. Underwriters hereby authorize Lockton Companies to issue Certificates of Insurance describing the insurance provided hereunder subject to all terms, exclusions and conditions of this policy.

These Certificates of Insurance may be issued without showing deductibles or retentions which may be applicable, but in so doing it is expressly understood and agreed that such deductibles or retentions shall continue to apply in the event of loss(es) arising out of the operation(s) for which the certificate(s) is (are) issued.





**Unique market reference number**

B0713ENGLO1800982



### INSTITUTE RADIOACTIVE CONTAMINATION, CHEMICAL, BIOLOGICAL, BIO-CHEMICAL AND ELECTROMAGNETIC WEAPONS EXCLUSION CLAUSE

This clause shall be paramount and shall override anything contained in this insurance inconsistent therewith

1. In no case shall this insurance cover loss damage liability or expense directly or indirectly caused by or contributed to by or arising from

    1.1 ionising radiations from or contamination by radioactivity from any nuclear fuel or from any nuclear waste or from the combustion of nuclear fuel

    1.2 the radioactive, toxic, explosive or other hazardous or contaminating properties of any nuclear installation, reactor or other nuclear assembly or nuclear component thereof

    1.3 any weapon or device employing atomic or nuclear fission and/or fusion or other like reaction or radioactive force or matter

    1.4 the radioactive, toxic, explosive or other hazardous or contaminating properties of any radioactive matter. The exclusion in this sub-clause does not extend to radioactive isotopes, other than nuclear fuel, when such isotopes are being prepared, carried, stored, or used for commercial, agricultural, medical, scientific or other similar peaceful purposes

    1.5 any chemical, biological, bio-chemical, or electromagnetic weapon.

However, the provisions of the above clause do not apply to tools and equipment usual to the "Insured's" operations.

**CL.370**
**10/11/03**





**Unique market reference number**

B0713ENGLO1800982

## INSTITUTE CYBER ATTACK EXCLUSION CLAUSE

1.1   Subject only to clause 1.2 below, in no case shall this insurance cover loss damage liability or expense directly or indirectly caused by or contributed to by or arising from the use or operation, as a means for inflicting harm, of any computer, computer system, computer software programme, malicious code, computer virus or process or any other electronic system.

1.2   Where this clause is endorsed on policies covering risks of war, civil war, revolution, rebellion, insurrection, or civil strife arising therefrom, or any hostile act by or against a belligerent power, or terrorism or any person acting from a political motive, Clause 1.1 shall not operate to exclude losses (which would otherwise be covered) arising from the use of any computer, computer system or computer software programme or any other electronic system in the launch and/or guidance system and/or firing mechanism of any weapon or missile.

**CL.380**
**10/11/03**





**Unique market reference number**

B0713ENGLO1800982

## SANCTION LIMITATION AND EXCLUSION CLAUSE

No (re)insurer shall be deemed to provide cover and no (re)insurer shall be liable to pay any claim or provide any benefit hereunder to the extent that the provision of such cover, payment of such claim or provision of such benefit would expose that (re)insurer to any sanction, prohibition or restriction under United Nations resolutions or the trade or economic sanctions, laws or regulations of the European Union, United Kingdom or United States of America.

15/09/10
LMA3100





**Unique market reference number**

B0713ENGLO1800982

## INSTITUTE SERVICE OF SUIT CLAUSE (U.S.A.)

It is agreed that in the event of the failure of the Underwriters severally subscribing this insurance (the Underwriters) to pay any amount claimed to be due hereunder, the Underwriters, at the request of the Insured, will submit to the jurisdiction of a court of competent jurisdiction within the United States of America.

Notwithstanding any provision elsewhere in this insurance relating to jurisdiction, it is agreed that the Underwriters have the right to commence an action in any court of competent jurisdiction in the United States of America, and nothing in this clause constitutes or should be understood to constitute a waiver of the Underwriters' rights to remove an action to a United States Federal District Court or to seek remand therefrom or to seek a transfer of any suit to any other court of competent jurisdiction as permitted by the laws of the United States of America or any state therein.

Subject to the Underwriters' rights set forth above:

(a)     It is further agreed that the Insured may serve process upon any senior partner in the firm of:

    **Mendes & Mount (Attorneys), 750 Seventh Avenue, New York, N.Y. 10019-6829**

    and that in any suit instituted against any one of them upon this contract the Underwriters will abide by the final decision of the Court or of any Appellate Court in the event of an appeal.

(b)     The above-named are authorized and directed to accept service of process on behalf of Underwriters in any such suit and/or upon the request of the Insured to give a written undertaking to the Insured that they will enter a general appearance upon the Underwriters' behalf in the event such a suit shall be instituted.

(c)     The right of the Insured to bring suit as provided herein shall be limited to a suit brought in its own name and for its own account.  For the purpose of suit as herein provided the word Insured includes any mortgagee under a ship mortgage which is specifically named as a loss payee in this insurance and any person succeeding to the rights of any such mortgagee.

(d)     Further, pursuant to any statute of any state, territory or district of the United States of America which makes provision therefore, Underwriters hereby designate the Superintendent, Commissioner or Director of Insurance or other officer specified for that purpose in the statute, or his successor or successors in office (the Officer), as their true and lawful attorney upon whom may be served any lawful process in any action, suit or proceeding instituted by or on behalf of the Insured or any beneficiary hereunder arising out of this contract of insurance, and hereby designate the above-named as the person to whom the Officer is authorized to mail such process or a true copy thereof.

**If this clause is attached to a contract of reinsurance the terms insurance and Insured shall mean reinsurance and ReInsured respectively.**

1/11/92
CL355 © Copyright The Institute of London Underwriters





**Unique market reference number**

B0713ENGLO1800982

## WAR AND TERRORISM EXCLUSION ENDORSEMENT

Notwithstanding any provision to the contrary within this insurance or any endorsement thereto it is agreed that this insurance excludes loss, damage, cost or expense of whatsoever nature directly or indirectly caused by, resulting from or in connection with any of the following regardless of any other cause or event contributing concurrently or in any other sequence to the loss;

(1)  war, invasion, acts of foreign enemies, hostilities or warlike operations (whether war be declared or not), civil war, rebellion, revolution, insurrection, civil commotion assuming the proportions of or amounting to an uprising, military or usurped power; or

(2)  any act of terrorism.

For the purpose of this endorsement an act of terrorism means an act, including but not limited to the use of force or violence and/or the threat thereof, of any person or group(s) of persons, whether acting alone or on behalf of or in connection with any organisation(s) or government(s), committed for political, religious, ideological or similar purposes including the intention to influence any government and/or to put the public, or any section of the public, in fear.

This endorsement also excludes loss, damage, cost or expense of whatsoever nature directly or indirectly caused by, resulting from or in connection with any action taken in controlling, preventing, suppressing or in any way relating to (1) and/or (2) above.

If the Underwriters allege that by reason of this exclusion, any loss, damage, cost or expense is not covered by this insurance the burden of proving the contrary shall be upon the Assured.

In the event any portion of this endorsement is found to be invalid or unenforceable, the remainder shall remain in full force and effect.

**NMA2918**
**08/10/2001**





**Unique market reference number**

B0713ENGLO1800982

## REPORTING ENDORSEMENT

It is agreed by the Insured that, with respect to Duties In The Event of Occurrence, Offense, Claim or Suit, in addition to the terms set forth in this insurance, written notice must be given to us within ninety (90) days by or on behalf of the Insured:

(i)     of any occurrence causing death of a person; or

(ii)    of any occurrence where any injury of the following type occurs:

      a)     quadriplegia or paraplegia; or

      b)     major amputations (leg, arm, foot or hand); or

      c)     other serious injuries such as head injuries, serious burns, loss of an eye, permanent loss of any of the senses, severe scarring, alleged paralysis;

or

(iii)   of any occurrence causing any injury, death, disease or property damage where the paid or reserved amount being claimed for exceeds 50% of the deductible and/or excess as stated in the insurance

or

(iv)   any claim(s) in which we are named

CGU 12 S





**Unique market reference number**

B0713ENGLO1800982

## SALINE SUBSTANCES ENDORSEMENT

Exclusion (iv) of Pollution Endorsement CGU12B shall not apply to saline waste produced in the normal course of the insured's operations provided that all other terms of CGU12B are shown by the insured to have been met.

CGU12X





Unique market reference number

B0713ENGLO1800982

## SECURITY DETAILS

**INSURERS'
LIABILITY (LMA 3333):**

**Insurers' liability several not joint**

The liability of an insurer under this contract is several and not joint with other insurers party to this contract.  An insurer is liable only for the proportion of liability it has underwritten.  An Insurer is not jointly liable for the proportion of liability underwritten by any other insurer.  Nor is an insurer otherwise responsible for any liability of any other insurer that may underwrite this contract.

The proportion of liability under this contract underwritten by an insurer (or, in the case of a Lloyd's syndicate, the total of the proportions underwritten by all the members of the syndicate taken together) is shown next to its stamp.  This is subject always to the provision concerning "signing" below.

In the case of a Lloyd's Syndicate, each member of the syndicate (rather than the syndicate itself) is an insurer.  Each member has underwritten a proportion of the total shown for the syndicate (that total itself being the total of the proportions underwritten by all the members of the syndicate taken together).  The liability of each member of the syndicate is several and not joint with other members. A member is liable only for that member's proportion.  A member is not jointly liable for any other member's proportion.  Nor is any member otherwise responsible for any liability of any other insurer that may underwrite this contract.  The business address of each member is Lloyd's One Lime Street, London EC3M 7HA.  The identity of each member of a Lloyd's syndicate and their respective proportion may be obtained by writing to Market Services, Lloyd's, at the above address.

**Proportion of liability**

Unless there is "signing" (see below), the proportion of liability under this contract underwritten by each insurer (or, in the case of Lloyd's Syndicate, the total of the proportions underwritten by all the members of the syndicate taken together) is shown next to its stamp and is referred to as its "written line".

Where this contract permits, written lines, or certain written lines, may be adjusted ("signed").  In that case a schedule is to be appended to this contract to show the definitive proportion of liability under this contract underwritten by each insurer (or, in the case of a Lloyd's syndicate, the total of the proportions underwritten by all the members of the syndicate taken together).  A definitive proportion (or, in the case of a Lloyd's Syndicate, the total of the proportions underwritten by all the members of a Lloyd's syndicate taken together) is referred to as a "signed line".  The signed lines shown in the schedule will prevail over the written lines unless a proven error in calculation has occurred.

Although reference is made at various points in this clause to "this contract" in the singular, where the circumstances so require this should be read as a reference to contracts in the plural.





B0713ENGLO1800982

**ORDER HEREON:** 100% of 100%.

**BASIS OF
WRITTEN LINES:** Percentage of Whole

**SIGNING PROVISIONS:** In the event that the written lines hereon exceed 100% of the order, any lines written "to stand" will be allocated in full and all other lines will be signed down in equal proportions so that the aggregate signed lines are equal to 100% of the order without further agreement of any of the insurers.

However:

a) in the event that the placement of the order is not completed by the commencement date of the period of insurance then all lines written by that date will be signed in full;

b) the Assured may elect for the disproportionate signing of insurers' lines, without further specific agreement of insurers, providing that any such variation is made prior to the commencement date of the period of insurance, and that lines written "to stand" may not be varied without the documented agreement of those insurers;

c) the signed lines resulting from the application of the above provisions can be varied, before or after the commencement date of the period of insurance by the documented agreement of the Assured and all insurers whose lines are to be varied.  The variation to the contracts will take effect only when such insurers have agreed, with the resulting variation in signed lines commencing from the date set out in that agreement.

**LINE CONDITIONS:** None.





Unique market reference number

B0713ENGLO1800982

---

**SECURITY DETAILS**

**In a co-insurance placement, following (re)insurers may, but are not obliged to, follow the premium charged by the Slip Leader.**

**(Re)insurers may not seek to guarantee for themselves terms as favourable as those which others subsequently achieve during the placement.**

---

**80.000%**     **Liberty Mutual Insurance Europe Limited  LOAA1H4M004_1 2**  JY (LA)  29|3|18

**5.000%**     **1183**     **TAL**

**2.500%**     **1861**     **ATL**

**10.000%**     **1969**     **APL**

**2.500%**     **1884**     **TSS**

---

**FDO Signing Number and Dates - Lloyds - Section 1**

| 5136902/02/2018 | EG |
| 5137002/02/2018 | EH |
| 5137102/02/2018 | 2E |
| 5137202/02/2018 | G |
| 5137302/02/2018 | GC |
| 5137402/02/2018 | 3T |
| 6231102/02/2018 | EA |
| 6231202/02/2018 | EB |
| 6231302/02/2018 | 4E |
| 6231402/02/2018 | TO |



Unique market reference number

B0713ENGLO1800982

## SECURITY DETAILS

**In respect to Canadian exposures only:**

| 80.000% | 4472 | LIB |

```
2 8 0 0  4 5 0 1 1 8 L K   P.S. 29/3/18
```

| 5.000% | 1183 | TAL | As per original references stated for this bound risk. |

| 2.500% | 1861 | ATL | As per original references stated for this bound risk. |

| 10.000% | 1969 | APL | As per original references stated for this bound risk. |

| 2.500% | 1884 | TSS | As per original references stated for this bound risk. |

### FDO Signing Number and Dates - Lloyds - Section 1
### (Canadian Exposure Only)

| | |
|---|---|
| 5135702/02/2018 | EG |
| 5135802/02/2018 | EH |
| 5135902/02/2018 | 2E |
| 5136002/02/2018 | G |
| 5136102/02/2018 | GC |
| 5136202/02/2018 | 3T |
| 6230302/02/2018 | EA |
| 6230402/02/2018 | EB |
| 6230502/02/2018 | 4E |
| 6230602/02/2018 | TO |



Unique market reference number

B0713ENGLO1800982

## SUBSCRIPTION AGREEMENT

**SLIP LEADER:**    **Liberty Mutual Insurance Europe Limited**

**BASIS OF
AGREEMENT
TO CONTRACT
CHANGES:**    GUA (October 2001) with Marine Energy Schedule (June 2003).

Any extensions to premium payment conditions are to be agreed by the slip leader only.

When details of agreed endorsements are required to be provided to following Insurers, e-mail can be used by Lockton Companies LLP Wording Agreement:

In all circumstances, Wording and/or wording Addenda to be agreed by Slip Leader only, whose agreement shall be binding on all other insurers hereon.

Any amendments to Insurers Signed Lines up to but not exceeding written line to be agreed by the Slip Leader as defined herein whose agreement shall be binding upon all other Insurers hereon.

Wherever practicable, between the broker and each (re)insurer which have at any time the ability to send and receive ACORD messages:

1.    the broker agrees that any proposed contract change will be requested via an 'ACORD message' or using an ACORD enabled electronic trading platform;

2.    whilst the parties may negotiate and agree any contract change in any legally effective manner, each relevant (re)insurer agrees to respond via an appropriate 'ACORD message' or using an ACORD enabled electronic trading platform;

3.    where a (re)insurer has requested to receive notification of any contract change the broker agrees to send the notification via an 'ACORD message' or using an ACORD enabled electronic trading platform.

**OTHER AGREEMENT
PARTIES FOR
CONTRACT CHANGES
FOR PART 2 GUA:**    Slip Leader only to agree part two changes.





Unique market reference number

B0713ENGLO1800982

**AGREEMENT PARTIES FOR CONTRACT CHANGES FOR THEIR PROPORTION ONLY:**     None.

**BASIS OF CLAIMS AGREEMENT:**     Claims to be managed in accordance with:

i)   The Lloyd's Claims Scheme (Combined), or as amended or any successor thereto.

ii)   IUA claims agreement practices.

iii)   The practices of any company(ies) electing to agree claims in respect of their own participation.

**CLAIMS AGREEMENT PARTIES:**     i)   For Lloyd's syndicates

The leading Lloyd's syndicate and, where required by the applicable Lloyd's Claims Scheme, the second Lloyd's syndicate and/or the Scheme Service Provider.

The second Lloyd's Syndicate is _____

ii)   Those companies acting in accordance with the IUA claims agreement practices, excepting those that may have opted out via iii below.

iii)   Those companies that have specifically elected to agree claims in respect of their own participation.

_____

iv)   All other subscribing insurers that are not party to the Lloyd's/IUA claims agreement practices, each in respect of their own participation.

**CLAIMS ADMINISTRATION:**     Where appropriate, Lockton Companies LLP and insurers agree that any claims hereunder (including any claims related costs/fees) will be notified and administered via ECF with any payment(s) processed via CLASS, unless both parties agree to do otherwise.

All overseas markets to settle by telegraph transfer.





**Unique market reference number**

B0713ENGLO1800982

**RULES AND EXTENT OF ANY OTHER DELEGATED CLAIMS AUTHORITY:**

None, unless otherwise specified by any of the claims agreement parties shown above.

**EXPERT(S) FEES COLLECTION:**

In respect of Claims related experts Fees:

Xchanging 'Experts Fees Service' or similar third party collection agency to be used as service provider for all slip security, including overseas insurers.

Where the broker collects any expert fees the following to apply in all cases:

**The following terms covering treatment of money shall NOT apply to any Lloyd's Managing Agent who have all agreed specific Terms of Business with Lockton Companies LLP ("LCLLP"). These terms shall ONLY apply to Insurance Companies or Underwriting Agents ('Underwriters') who do NOT have a current Terms of Business or letter agreement in place with LCLLP, as follows:**

Where LCLLP holds claims adjustment, legal, survey or other experts fee monies that it receives from Underwriters for onward payment, the Broker will hold such fee monies on behalf of Underwriters and not the client. It is a requirement of English law (as specified in the FCA Client Assets Sourcebook 'CASS') that Risk Transfer shall apply and that Underwriters shall hereby agree and consent to "the Broker co-mingling such experts fee monies in its client non-statutory trust account and that Underwriters rights to such monies shall be subordinated to those of the Brokers other clients".

**SETTLEMENT DUE DATE:**

31st May 2018



**Unique market reference number**



B0713ENGLO1800982

**INSTALMENT
PREMIUM PERIOD
OF CREDIT:**



**ADJUSTMENT
PREMIUM PERIOD
OF CREDIT:**

**BUREAUX
ARRANGEMENTS:**

IUA Companies agree waive submission of policy document to XIS and authorise leading IUA Company to sign a collective policy on their behalf.

Delinked accounts to be presented by Lockton Companies LLP to LPSO/XIS (Ins-sure).

Where Settlement Due Date (SDD), Premium Payment Condition (PPC) or Premium Payment Warranty (PPW) due date falls on a weekend or bank holiday, presentation to LPSO/XIS (Ins-Sure) or Insurer(s) hereon as applicable on next working day will be deemed compliant with SDD, PPC or PPW. Where the PPC/PPW is later than the SDD, the SDD is automatically deemed updated to be the same as the PPC/PPW.

Insurer(s) agree to accept/settle accounts at rate of exchange declared by Lockton Companies LLP.

If a convertible currency applies, reinsurers authorise Xchanging to accept settlement currency in GBP or USD.

Insurer(s) to sign any deferred premium instalments as Additional Premium(s); however, any annual instalments to be allocated to respective year of accounts.

If applicable, Reinsurers agree that the broker may release delinked premiums for this contract into settlement at different times.

IUA companies not domiciled in London agree authorise XIS slip endorsements without sight of reinsurers agreement.

Lockton Companies LLP to note on endorsement date of reinsurers written agreement.





Unique market reference number

B0713ENGLO1800982

### Premium Processing Clause (LSW3003)

Where the premium is to be paid through XChanging Ins-sure Services (XIS), payment to (Re)Insurers will be deemed to occur on the day that a delinked premium is released for settlement by the Appointed Broker or in the case of non-delinked premium, on the day that the error–free Premium Advice Notice (PAN) is submitted to XIS.

Where premiums are to be paid by instalments under the Deferred Accounts Scheme, and the Appointed Broker does not receive the premium in time to comply with the agreed settlement due date for the second or subsequent instalment, the Appointed Broker, if electing to suspend the automatic debiting of the relevant deferred, shall advise the Slip Leader in writing and instruct XIS accordingly.  XIS shall then notify (Re)Insurers.  Payment to any entity within the same group of companies as the Appointed Broker will be deemed to be payment to the Appointed Broker.

Nothing in this clause shall be construed to override the terms of any Premium Payment Warranty or Clause or any Termination or Cancellation provision contained in this contract. Furthermore, any amendment to the Settlement Due Date of a premium instalment as a result of the operation of this Premium Processing Clause shall not amend the date that such instalment is deemed to be due for the purposes of such Premium Payment Warranty or Clause or Termination or Cancellation provision unless (Re)Insurers expressly agree otherwise.

**NON-BUREAUX**
**ARRANGEMENTS:**

In the event of there being more than one Reinsured, Reinsurers hereon agree to sign separate slip policy each reinsured if required and further agree allow allocation of security to individual Reinsured's as required.

Insurer(s) agree to accept/settle accounts at rate of exchange obtained and declared by Lockton Companies LLP.

Where settlement due date, Premium Payment Condition (PPC) or Premium Warranty (PPW) due date falls on a weekend or bank holiday, payment to Insurer(s) hereon as applicable on next working day will be deemed compliant with PPC or PPW.

Closings may be issued on a net equivalent downwards basis if required by Lockton Companies LLP.





**Unique market reference number**

B0713ENGLO1800982

| **FISCAL AND REGULATORY** |
| --- |

**TAX PAYABLE
BY INSURER(S):**     None.

**COUNTRY OF ORIGIN:**     United States of America.

**OVERSEAS BROKER:**     Lockton Companies, LLC
3657 Briarpark Dr., Suite 700,
Houston 77042, Texas,
United States of America.

Other than in respect of Canadian operations which is:
BFL Canada Insurance Services Inc.
200. 1167 Kensington Crescent NW Calgary,
Alberta T2N 1X7, Canada.

**SURPLUS LINES
BROKER:**     Lockton Companies, LLC
444 W. 47th Street, Suite 900,
Kansas City, Missouri 64112,
United States of America.

License Number: 330512.

**STATE OF FILING:**     Texas.

**US CLASSIFICATION:**     Surplus Lines.

**ALLOCATION OF
PREMIUM TO CODING:**

**REGULATORY
CLIENT
CLASSIFICATION:**     Large Risk.





**Unique market reference number**

B0713ENGLO1800982

## BROKER REMUNERATION & DEDUCTIONS

**FEE PAYABLE
BY CLIENT:**  

**TOTAL BROKERAGE:**

**OTHER DEDUCTIONS
FROM PREMIUM:**



COMMERCIAL GENERAL LIABILITY
CG 00 01 12 04

# COMMERCIAL GENERAL LIABILITY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy. The words "we", "us" and "our" refer to the company providing this insurance.

The word "insured" means any person or organization qualifying as such under Section **II** – Who Is An Insured.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **V** –Definitions.

## SECTION I – COVERAGES

### COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY

1. **Insuring Agreement**

    a. We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But:

       (1) The amount we will pay for damages is limited as described in Section **III** – Limits Of Insurance; and

       (2) Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C**.

       No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments – Coverages **A** and **B**.

    b. This insurance applies to "bodily injury" and "property damage" only if:

       (1) The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory";

       (2) The "bodily injury" or "property damage" occurs during the policy period; and

       (3) Prior to the policy period, no insured listed under Paragraph **1.** of Section **II** – Who Is An Insured and no "employee" authorized by you to give or receive notice of an "occurrence" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.

    c. "Bodily injury" or "property damage" which occurs during the policy period and was not, prior to the policy period, known to have occurred by any insured listed under Paragraph **1.** of Section **II** – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim, includes any continuation, change or resumption of that "bodily injury" or "property damage" after the end of the policy period.

    d. "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph **1.** of Section **II** – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim:

       (1) Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;

       (2) Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage"; or

       (3) Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

e.  Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

## 2. Exclusions

This insurance does not apply to:

a.  **Expected Or Intended Injury**

"Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

b.  **Contractual Liability**

"Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

(1) That the insured would have in the absence of the contract or agreement; or

(2) Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed in an "insured contract", reasonable attorney fees and necessary litigation expenses incurred by or for a party other than an insured are deemed to be damages because of "bodily injury" or "property damage", provided:

(a) Liability to such party for, or for the cost of, that party's defense has also been assumed in the same "insured contract"; and

(b) Such attorney fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

c.  **Liquor Liability**

"Bodily injury" or "property damage" for which any insured may be held liable by reason of:

(1) Causing or contributing to the intoxication of any person;

(2) The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

(3) Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies only if you are in the business of manufacturing, distributing, selling, serving or furnishing alcoholic beverages.

d.  **Workers' Compensation And Similar Laws**

Any obligation of the insured under a workers' compensation, disability benefits or unemployment compensation law or any similar law.

e.  **Employer's Liability**

"Bodily injury" to:

(1) An "employee" of the insured arising out of and in the course of:

(a) Employment by the insured; or

(b) Performing duties related to the conduct of the insured's business; or

(2) The spouse, child, parent, brother or Sister of that "employee" as a consequence of Paragraph **(1)** above.

This exclusion applies:

(1) Whether the insured may be liable as an employer or in any other capacity; and

(2) To any obligation to share damages with or repay someone else who must pay damages because of the injury.

This exclusion does not apply to liability assumed by the insured under an "insured contract".

**f. Pollution**

(1) "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

(a) At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured. However, this subparagraph does not apply to:

(i) "Bodily injury" if sustained within a building and caused by smoke, fumes, vapor or soot produced by or originating from equipment that is used to heat, cool or dehumidify the building, or equipment that is used to heat water for personal use, by the building's occupants or their guests;

(ii) "Bodily injury" or "property damage" for which you may be held liable, if you are a contractor and the owner or lessee of such premises, site or location has been added to your policy as an additional insured with respect to your ongoing operations performed for that additional insured at that premises, site or location and such premises, site or location is not and never was owned or occupied by, or rented or loaned to, any insured, other than that additional insured; or

(iii) "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire".

(b) At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste;

(c) Which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for:

(i) Any insured; or

(ii) Any person or organization for whom you may be legally responsible; or

(d) At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the "pollutants" are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor. However, this subparagraph does not apply to:

(i) "Bodily injury" or "property damage" arising out of the escape of fuels, lubricants or other operating fluids which are needed to perform the normal electrical, hydraulic or mechanical functions necessary for the operation of "mobile equipment" or its parts, if such fuels, lubricants or other operating fluids escape from a vehicle part designed to hold, store or receive them. This exception does not apply if the "bodily injury" or "property damage" arises out of the intentional discharge, dispersal or release of the fuels, lubricants or other operating fluids, or if such fuels, lubricants or other operating fluids are brought on or to the premises, site or location with the intent that they be discharged, dispersed or released as part of the operations being performed by such insured, contractor or subcontractor;

(ii) "Bodily injury" or "property damage" sustained within a building and caused by the release of gases, fumes or vapors from materials brought into that building in connection with operations being performed by you or on your behalf by a contractor or subcontractor; or

(iii) "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire".

(e) At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants".

©ISO Properties, Inc., 2003

**(2)** Any loss, cost or expense arising out of any:

   **(a)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

   **(b)** Claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

However, this paragraph does not apply to liability for damages because of "property damage" that the insured would have in the absence of such request, demand, order or statutory or regulatory requirement, or such claim or "suit" by or on behalf of a governmental authority.

**g. Aircraft, Auto Or Watercraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading".

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft that is owned or operated by or rented or loaned to any insured.

This exclusion does not apply to:

   **(1)** A watercraft while ashore on premises you own or rent;

   **(2)** A watercraft you do not own that is:

      **(a)** Less than 26 feet long; and

      **(b)** Not being used to carry persons or property for a charge;

   **(3)** Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured;

   **(4)** Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft; or

   **(5)** "Bodily injury" or "property damage" arising out of:

      **(a)** The operation of machinery or equipment that is attached to, or part of, a land vehicle that would qualify under the definition of "mobile equipment" if it were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law in the state where it is licensed or principally garaged; or

      **(b)** the operation of any of the machinery or equipment listed in Paragraph **f.(2)** or **f. (3)** of the definition of "mobile equipment".

**h. Mobile Equipment**

"Bodily injury" or "property damage" arising out of:

   **(1)** The transportation of "mobile equipment" by an "auto" owned or operated by or rented or loaned to any insured; or

   **(2)** The use of "mobile equipment" in, or while in practice for, or while being prepared for, any prearranged racing, speed, demolition, or stunting activity.

**i. War**

"Bodily injury" or "property damage", however caused, arising, directly or indirectly, out of:

   **(1)** War, including undeclared or civil war;

   **(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

   **(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**j. Damage To Property**

"Property damage" to:

   **(1)** Property you own, rent, or occupy, including any costs or expenses incurred by you, or any other person, organization or entity, for repair, replacement, enhancement, restoration or maintenance of such property for any reason, including prevention of injury to a person or damage to another's property;

   **(2)** Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises;

   **(3)** Property loaned to you;

   **(4)** Personal property in the care, custody or control of the insured;

**(5)** That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the "property damage" arises out of those operations; or

**(6)** That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

Paragraphs **(1)**, **(3)** and **(4)** of this exclusion do not apply to "property damage" (other than damage by fire) to premises, including the contents of such premises, rented to you for a period of 7 or fewer consecutive days. A separate limit of insurance applies to Damage To Premises Rented To You as described in Section III – Limits Of Insurance.

Paragraph **(2)** of this exclusion does not apply if the premises are "your work" and were never occupied, rented or held for rental by you.

Paragraphs **(3)**, **(4)**, **(5)** and **(6)** of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraph **(6)** of this exclusion does not apply to "property damage" included in the "products-completed operations hazard".

**k. Damage To Your Product**

"Property damage" to "your product" arising out of it or any part of it.

**l. Damage To Your Work**

"Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard".

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

**m. Damage To Impaired Property Or Property Not Physically Injured**

"Property damage" to "impaired property" or property that has not been physically injured, arising out of:

**(1)** A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or

**(2)** A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

**n. Recall Of Products, Work Or Impaired Property**

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

**(1)** "Your product";

**(2)** "Your work"; or

**(3)** "Impaired property";

if such product, work, or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

**o. Personal And Advertising Injury**

"Bodily injury" arising out of "personal and advertising injury".

**p. Electronic Data**

Damages arising out of the loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate electronic data.

As used in this exclusion, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMS, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

Exclusions **c.** through **n.** do not apply to damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner. A separate limit of insurance applies to this coverage as described in Section III – Limits Of Insurance.

**COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY**

**1. Insuring Agreement**

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "personal and advertising injury" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "personal and advertising injury" to which this insurance does not apply. We may, at our discretion, investigate any offense and settle any claim or "suit" that may result. But:

**(1)** The amount we will pay for damages is limited as described in Section III – Limits Of Insurance; and

   © ISO Properties, Inc., 2003

**(2)** Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C.**

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments – Coverages **A** and **B.**

**b.** This insurance applies to "personal and advertising injury" caused by an offense arising out of your business but only if the offense was committed in the "coverage territory" during the policy period.

## 2. Exclusions

This insurance does not apply to:

**a. Knowing Violation Of Rights Of Another**

"Personal and advertising injury" caused by or at the direction of the insured with the knowledge that the act would violate the rights of another and would inflict "personal and advertising injury".

**b. Material Published With Knowledge Of Falsity**

"Personal and advertising injury" arising out of oral or written publication of material, if done by or at the direction of the insured with knowledge of its falsity.

**c. Material Published Prior To Policy Period**

"Personal and advertising injury" arising out of oral or written publication of material whose first publication took place before the beginning of the policy period.

**d. Criminal Acts**

"Personal and advertising injury" arising out of a criminal act committed by or at the direction of the insured.

**e. Contractual Liability**

"Personal and advertising injury" for which the insured has assumed liability in a contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement.

**f. Breach Of Contract**

"Personal and advertising injury" arising out of a breach of contract, except an implied contract to use another's advertising idea in your "advertisement".

**g. Quality Or Performance Of Goods – Failure To Conform To Statements**

"Personal and advertising injury" arising out of the failure of goods, products or services to conform with any statement of quality or performance made in your "advertisement".

**h. Wrong Description Of Prices**

"Personal and advertising injury" arising out of the wrong description of the price of goods, products or services stated in your "advertisement".

**i. Infringement Of Copyright, Patent, Trademark Or Trade Secret**

"Personal and advertising injury" arising out of the infringement of copyright, patent, trademark, trade secret or other intellectual property rights.

However, this exclusion does not apply to infringement, in your "advertisement", of copyright, trade dress or slogan.

**j. Insureds In Media And Internet Type Businesses**

"Personal and advertising injury" committed by an insured whose business is:

**(1)** Advertising, broadcasting, publishing or telecasting;

**(2)** Designing or determining content of web-sites for others; or

**(3)** An Internet search, access, content or service provider.

However, this exclusion does not apply to Paragraphs **14. a., b.** and **c.** of "personal and advertising injury" under the Definitions Section.

For the purposes of this exclusion, the placing of frames, borders or links, or advertising, for you or others anywhere on the Internet, is not by itself, considered the business of advertising, broadcasting, publishing or telecasting.

**k. Electronic Chatrooms Or Bulletin Boards**

"Personal and advertising injury" arising out of an electronic chatroom or bulletin board the insured hosts, owns, or over which the insured exercises control.

**l. Unauthorized Use Of Another's Name Or Product**

"Personal and advertising injury" arising out of the unauthorized use of another's name or product in your e-mail address, domain name or metatag, or any other similar tactics to mislead another's potential customers.

 ©ISO Properties, Inc., 2003

**m. Pollution**

"Personal and advertising injury" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

**n. Pollution-Related**

Any loss, cost or expense arising out of any:

(1) Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

(2) Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

**o. War**

"Personal and advertising injury", however caused, arising, directly or indirectly, out of:

(1) War, including undeclared or civil war;

(2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

(3) Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**COVERAGE C MEDICAL PAYMENTS**

**1. Insuring Agreement**

a. We will pay medical expenses as described below for "bodily injury" caused by an accident:

(1) On premises you own or rent;

(2) On ways next to premises you own or rent; or

(3) Because of your operations;

provided that:

(1) The accident takes place in the "coverage territory" and during the policy period;

(2) The expenses are incurred and reported to us within one year of the date of the accident; and

(3) The injured person submits to examination, at our expense, by physicians of our choice as often as we reasonably require.

b. We will make these payments regardless of fault. These payments will not exceed the applicable limit of insurance. We will pay reasonable expenses for:

(1) First aid administered at the time of an accident;

(2) Necessary medical, surgical, x-ray and dental services, including prosthetic devices; and

(3) Necessary ambulance, hospital, professional nursing and funeral services.

**2. Exclusions**

We will not pay expenses for "bodily injury":

a. **Any Insured**

To any insured, except "volunteer workers".

b. **Hired Person**

To a person hired to do work for or on behalf of any insured or a tenant of any insured.

c. **Injury On Normally Occupied Premises**

To a person injured on that part of premises you own or rent that the person normally occupies.

d. **Workers Compensation And Similar Laws**

To a person, whether or not an "employee" of any insured, if benefits for the "bodily injury" are payable or must be provided under a workers' compensation or disability benefits law or a similar law.

e. **Athletics Activities**

To a person injured while practicing, instructing or participating in any physical exercises or games, sports, or athletic contests.

f. **Products-Completed Operations Hazard**

Included within the "products-completed operations hazard".

g. **Coverage A Exclusions**

Excluded under Coverage A.

**SUPPLEMENTARY PAYMENTS – COVERAGES A AND B**

1. We will pay, with respect to any claim we investigate or settle, or any "suit" against an insured we defend:

a. All expenses we incur.

b. Up to $250 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies. We do not have to furnish these bonds.

c. The cost of bonds to release attachments, but only for bond amounts within the applicable limit of insurance. We do not have to furnish these bonds.

d. All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $250 a day because of time off from work.

e. All costs taxed against the insured in the "suit".

f. Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the applicable limit of insurance, we will not pay any prejudgment interest based on that period of time after the offer.

g. All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable limit of insurance.

These payments will not reduce the limits of insurance.

2. If we defend an insured against a "suit" and an indemnitee of the insured is also named as a party to the "suit", we will defend that indemnitee if all of the following conditions are met:

a. The "suit" against the indemnitee seeks damages for which the insured has assumed the liability of the indemnitee in a contract or agreement that is an "insured contract";

b. This insurance applies to such liability assumed by the insured;

c. The obligation to defend, or the cost of the defense of, that indemnitee, has also been assumed by the insured in the same "insured contract";

d. The allegations in the "suit" and the information we know about the "occurrence" are such that no conflict appears to exist between the interests of the insured and the interests of the indemnitee;

e. The indemnitee and the insured ask us to conduct and control the defense of that indemnitee against such "suit" and agree that we can assign the same counsel to defend the insured and the indemnitee; and

f. The indemnitee:

(1) Agrees in writing to:

(a) Cooperate with us in the investigation, settlement or defense of the "suit";

(b) Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "suit";

(c) Notify any other insurer whose coverage is available to the indemnitee; and

(d) Cooperate with us with respect to coordinating other applicable insurance available to the indemnitee; and

(2) Provides us with written authorization to:

(a) Obtain records and other information related to the "suit", and

(b) Conduct and control the defense of the indemnitee in such "suit".

So long as the above conditions are met, attorneys' fees incurred by us in the defense of that indemnitee, necessary litigation expenses incurred by us and necessary litigation expenses incurred by the indemnitee at our request will be paid as Supplementary Payments. Notwithstanding the provisions of Paragraph 2.b.(2) of Section I – Coverage A – Bodily Injury And Property Damage Liability, such payments will not be deemed to be damages for "bodily injury" and "property damage" and will not reduce the limits of insurance.

Our obligation to defend an insured's indemnitee and to pay for attorneys' fees and necessary litigation expenses as Supplementary Payments ends when:

a. We have used up the applicable limit of insurance in the payment of judgments or settlements; or

b. The conditions set forth above, or the terms of the agreement described in Paragraph f. above, are no longer met.

## SECTION II – WHO IS AN INSURED

1. If you are designated in the Declarations as:

a. An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

b. A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

c. A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

 © ISO Properties, Inc., 2003

**d.** An organization other than a partnership, joint venture or limited liability company, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors.  Your stockholders are also insureds, but only  with respect to their liability as stockholders.

**e.** A trust, you are an insured. Your trustees are also insureds, but only with respect to the duties as trustees.

**2.** Each of the following is also an insured:

**a.** Your "volunteer workers" only while performing duties related to the conduct of your business, or your "employees", other than either your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, none of these "employees" or "volunteer workers" are insureds  for:

**(1)** "Bodily injury" or "personal and advertising injury":

**(a)** To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), to a co-"employee" while in the course of his or her employment or performing duties related to the conduct of your business, or to your other "volunteer workers" while performing duties related to the conduct of your business;

**(b)** To the spouse, child, parent, brother or sister of that co-"employee" or "volunteer worker" as a consequence of Paragraph **(1)(a)** above;

**(c)** For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraphs **(1)(a)** or **(b)** above; or

**(d)** Arising out of his or her providing or failing to provide professional health care services.

**(2)** "Property damage" to property:

**(a)** Owned, occupied or used by,

**(b)** Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by

you, any of your "employees", "volunteer workers", any partner or member (if you are a partnership or joint venture), or any member (if you are a limited liability company).

**b.** Any person (other than your "employee" or "volunteer worker"), or any organization while acting as your real estate manager.

**c.** Any person or organization having proper temporary custody of your property if you die, but only:

**(1)** With respect to liability arising out of the maintenance or use of that property; and

**(2)** Until your legal representative has been appointed.

**d.** Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this Coverage Part.

**3.** Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

**a.** Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

**b.** Coverage **A** does not apply to "bodily injury" or "property damage" that occurred before you acquired or formed the organization; and

**c.** Coverage **B** does not apply to "personal and advertising injury" arising out of an offense committed before you acquired or formed the organization.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

## SECTION III – LIMITS OF INSURANCE

**1.** The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

**a.** Insureds;

**b.** Claims made or "suits" brought; or

**c.** Persons or organizations making claims or bringing "suits".

**2.** The General Aggregate Limit is the most we will pay for the sum of:

    **a.** Medical expenses under Coverage **C**;

    **b.** Damages under Coverage **A**, except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard"; and

    **c.** Damages under Coverage **B**.

**3.** The Products-Completed Operations Aggregate Limit is the most we will pay under Coverage **A** for damages because of "bodily injury" and "property damage" included in the "products completed operations hazard".

**4.** Subject to **2.** above, the Personal and Advertising Injury Limit is the most we will pay under Coverage **B** for the sum of all damages because of all "personal and advertising injury" sustained by any one person or organization.

**5.** Subject to **2.** or **3.** above, whichever applies, the Each Occurrence Limit is the most we will pay for the sum of:

    **a.** Damages under Coverage **A**; and

    **b.** Medical expenses under Coverage **C** because of all "bodily injury" and "property damage" arising out of any one "occurrence".

**6.** Subject to **5.** above, the Damage To Premises Rented To You Limit is the most we will pay under Coverage **A** for damages because of "property damage" to any one premises, in the case of damage by fire, while rented to you or temporarily occupied by you with permission of the owner.

**7.** Subject to **5.** above, the Medical Expense Limit is the most we will pay under Coverage **C** for all medical expenses because of "bodily injury" sustained by any one person.

The Limits of Insurance of this Coverage Part apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

**SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS**

**1. Bankruptcy**

    Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this Coverage Part.

**2. Duties In The Event Of Occurrence, Offense, Claim Or Suit**

    **a.** You must see to it that we are notified as soon as practicable of an "occurrence" or an offense which may result in a claim. To the extent possible, notice should include:

        **(1)** How, when and where the "occurrence" or offense took place;

        **(2)** The names and addresses of any injured persons and witnesses; and

        **(3)** The nature and location of any injury or damage arising out of the "occurrence" or offense.

    **b.** If a claim is made or "suit" is brought against any insured, you must:

        **(1)** Immediately record the specifics of the claim or "suit" and the date received; and

        **(2)** Notify us as soon as practicable.

    You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

    **c.** You and any other involved insured must:

        **(1)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

        **(2)** Authorize us to obtain records and other information;

        **(3)** Cooperate with us in the investigation or settlement of the claim or defense against the "suit"; and

        **(4)** Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury or damage to which this insurance may also apply.

    **d.** No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

**3. Legal Action Against Us**

    No person or organization has a right under this Coverage Part:

    **a.** To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

 © ISO Properties, Inc., 2003

**b.** To sue us on this Coverage Part unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured; but we will not be liable for damages that are not payable under the terms of this Coverage Part or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

**4. Other Insurance**

If other valid and collectible insurance is available to the insured for a loss we cover under Coverages **A** or **B** of this Coverage Part, our obligations are limited as follows:

**a. Primary Insurance**

This insurance is primary except when **b.** below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in **c.** below.

**b. Excess Insurance**

This insurance is excess over:

(1) Any of the other insurance, whether primary, excess, contingent or on any other basis:

(a) That is Fire, Extended Coverage, Builder's Risk, Installation Risk or similar coverage for "your work";

(b) That is Fire insurance for premises rented to you or temporarily occupied by you with permission of the owner;

(c) That is insurance purchased by you to cover your liability as a tenant for "property damage" to premises rented to you or temporarily occupied by you with permission of the owner; or

(d) If the loss arises out of the maintenance or use of aircraft, "autos" or watercraft to the extent not subject to Exclusion **g.** of Section **I** – Coverage **A** - Bodily Injury And Property Damage Liability.

(2) Any other primary insurance available to you covering liability for damages arising out of the premises or operations, or the products and completed operations, for which you have been added as an additional insured by attachment of an endorsement.

When this insurance is excess, we will have no duty under Coverages **A** or **B** to defend the insured against any "suit" if any other insurer has a duty to defend the insured against that "suit". If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of:

(1) The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

(2) The total of all deductible and self-insured amounts under all that other insurance.

We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Declarations of this Coverage Part.

**c. Method Of Sharing**

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all insurers.

**5. Premium Audit**

**a.** We will compute all premiums for this Coverage Part in accordance with our rules and rates.

**b.** Premium shown in this Coverage Part as advance premium is a deposit premium only. At the close of each audit period we will compute the earned premium for that period and send notice to the first Named Insured. The due date for audit and retrospective premiums is the date shown as the due date on the bill. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

**c.** The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request.

© ISO Properties, Inc., 2003

**6. Representations**

By accepting this policy, you agree:

**a.** The statements in the Declarations are accurate and complete;

**b.** Those statements are based upon representations you made to us; and

**c.** We have issued this policy in reliance upon your representations.

**7. Separation Of Insureds**

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in this Coverage Part to the first Named Insured, this insurance applies:

**a.** As if each Named Insured were the only Named Insured; and

**b.** Separately to each insured against whom claim is made or "suit" is brought.

**8. Transfer Of Rights Of Recovery Against Othe To Us**

If the insured has rights to recover all or part of any payment we have made under this Coverage Part, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them.

**9. When We Do Not Renew**

If we decide not to renew this Coverage Part, we will mail or deliver to the first Named Insured shown in the Declarations written notice of the nonrenewal not less than 30 days before the expiration date.

If notice is mailed, proof of mailing will be sufficient proof of notice.

## SECTION V – DEFINITIONS

**1.** "Advertisement" means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters. For the purposes of this definition:

**a.** Notices that are published include material placed on the Internet or on similar electronic means of communication; and

**b.** Regarding web-sites, only that part of a web-site that is about your goods, products or services for the purposes of attracting customers or supporters is considered an advertisement.

**2.** "Auto" means:

**a.** A land motor vehicle, trailer or semitrailer designed for travel on public roads, including any attached machinery or equipment; or

**b.** Any other land vehicle that is subject to a compulsory or financial responsibility law or other motor vehicle insurance law in the state where it is licensed or principally garaged.

However, "auto" does not include "mobile equipment".

**3.** "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

**4.** "Coverage territory" means

**a.** The United States of America (including its territories and possessions), Puerto Rico and Canada;

**b.** International waters or airspace, but only if the injury or damage occurs in the course of travel or transportation between any places included in **a.** above; or

**c.** All other parts of the world if the injury or damage arises out of:

**(1)** Goods or products made or sold by you in the territory described in **a.** above;

**(2)** The activities of a person whose home is in the territory described in **a.** above, but is away for a short time on your business; or

**(3)** "Personal and advertising injury" offenses that take place through the Internet or similar electronic means of communication

provided the insured's responsibility to pay damages is determined in a "suit" on the merits, in the territory described in **a.** above or in a settlement we agree to.

**5.** "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

**6.** "Executive officer" means a person holding any of the officer positions created by your charter, constitution, by-laws or any other similar governing document.

**7.** "Hostile fire" means one which becomes uncontrollable or breaks out from where it was intended to be.

**8.** "Impaired property" means tangible property, other than "your product" or "your work", that cannot be used or is less useful because:

**a.** It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or

**b.** You have failed to fulfill the terms of a contract or agreement;

if such property can be restored to use by:

**a.** The repair, replacement, adjustment or removal of "your product" or "your work"; or

**b.** Your fulfilling the terms of the contract or agreement.

**9.** "Insured contract" means:

**a.** A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

**b.** A sidetrack agreement;

**c.** Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

**d.** An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

**e.** An elevator maintenance agreement;

**f.** That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

Paragraph **f.** does not include that part of any contract or agreement:

**(1)** That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, road-beds, tunnel, underpass or crossing;

**(2)** That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

**(a)** Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

**(b)** Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

**(3)** Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in **(2)** above and supervisory, inspection, architectural or engineering activities.

**10.** "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

**11.** "Loading or unloading" means the handling of property:

**a.** After it is moved from the place where it is accepted for movement into or onto an aircraft, watercraft or "auto";

**b.** While it is in or on an aircraft, watercraft or "auto"; or

**c.** While it is being moved from an aircraft, watercraft or "auto" to the place where it is finally delivered;

but "loading or unloading" does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the aircraft, watercraft or "auto".

**12.** "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

**a.** Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

**b.** Vehicles maintained for use solely on or next to premises you own or rent;

**c.** Vehicles that travel on crawler treads;

**d.** Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

**(1)** Power cranes, shovels, loaders, diggers or drills; or

**(2)** Road construction or resurfacing equipment such as graders, scrapers or rollers;

**e.** Vehicles not described in **a., b., c.** or **d.** above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

**(1)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

**(2)** Cherry pickers and similar devices used to raise or lower workers;

**f.** Vehicles not described in **a., b., c.** or **d.** above maintained primarily for purposes other than the transportation of persons or cargo. However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

 ©ISO Properties, Inc., 2003

(1) Equipment designed primarily for:

    (a) Snow removal;

    (b) Road maintenance, but not construction or resurfacing; or

    (c) Street cleaning;

(2) Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

(3) Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

However, "mobile equipment" does not include any land vehicles that are subject to a compulsory or financial responsibility law or other motor vehicle insurance law in the state where it is licensed or principally garaged. Land vehicles subject to a compulsory or financial responsibility law or other motor vehicle insurance law are considered "autos".

**13.** "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

**14.** "Personal and advertising injury" means injury, including consequential "bodily injury", arising out of one or more of the following offenses:

    **a.** False arrest, detention or imprisonment;

    **b.** Malicious prosecution;

    **c.** The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

    **d.** Oral or written publication, in any manner, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

    **e.** Oral or written publication, in any manner, of material that violates a person's right of privacy;

    **f.** The use of another's advertising idea in your "advertisement"; or

    **g.** Infringing upon another's copyright, trade dress or slogan in your "advertisement".

**15.** "Pollutants" mean any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**16.** "Products-completed operations hazard":

    **a.** Includes all "bodily injury" and "property damage" occurring away from premises you own or rent and arising out of "your product" or "your work" except:

      (1) Products that are still in your physical possession; or

      (2) Work that has not yet been completed or abandoned. However, "your work" will be deemed completed at the earliest of the following times:

        (a) When all of the work called for in your contract has been completed.

        (b) When all of the work to be done at the job site has been completed if your contract calls for work at more than one job site.

        (c) When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

      Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

    **b.** Does not include "bodily injury" or "property damage" arising out of:

      (1) The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle not owned or operated by you, and that condition was created by the "loading or unloading" of that vehicle by any insured;

      (2) The existence of tools, uninstalled equipment or abandoned or unused materials; or

      (3) Products or operations for which the classification, listed in the Declarations or in a policy schedule, states that products-completed operations are subject to the General Aggregate Limit.

**17.** "Property damage" means:

    **a.** Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

 © ISO Properties, Inc., 2003

b. Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

For the purposes of this insurance, electronic data is not tangible property.

As used in this definition, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMS, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

18. "Suit" means a civil proceeding in which damages because of "bodily injury", "property damage" or "personal and advertising injury" to which this insurance applies are alleged. "Suit" includes:

a. An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

b. Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

19. "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

20. "Volunteer worker" means a person who is not your "employee", and who donates his or her work and acts at the direction of and within the scope of duties determined by you, and is not paid a fee, salary or other compensation by you or anyone else for their work performed for you.

21. "Your product":

a. Means:

(1) Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

(a) You;

(b) Others trading under your name; or

(c) A person or organization whose business or assets you have acquired; and

(2) Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

b. Includes

(1) Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product"; and

(2) The providing of or failure to provide warnings or instructions.

c. Does not include vending machines or other property rented to or located for the use of others but not sold.

22. "Your work":

a. Means:

(1) Work or operations performed by you or on your behalf; and

(2) Materials, parts or equipment furnished in connection with such work or operations.

b. Includes

(1) Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work", and

(2) The providing of or failure to provide warnings or instructions.