# Exhibit C



**PETROHAWK ENERGY CORPORATION**

**AND**

**BJ SERVICES, LLC**

**MASTER SERVICES AGREEMENT**

---

**MASTER SERVICES AGREEMENT FOR GOODS AND/OR SERVICES FOR:**
**HYDRAULIC FRACTURING SERVICES AND RELATED SERVICES, CEMENTING SERVICES, ACIDIZING SERVICES.**

**AGREEMENT NUMBER: 8100052559**

---

## TABLE OF CONTENTS

DEFINITIONS ...................................................................................................................................................2

1.   PURPOSE AND SCOPE OF SERVICES.................................................................................................6

2.   CONTRACTOR'S EQUIPMENT AND PERSONNEL ..............................................................................6

3.   CONTRACTOR'S OBLIGATIONS & WARRANTIES..............................................................................7

4.   TERM & TERMINATION .......................................................................................................................17

5.   RATES, PAYMENT & TAXES ..............................................................................................................17

6.   INSURANCE..........................................................................................................................................19

7.   LIABILITY AND INDEMNITY ...............................................................................................................23

8.   PAYMENT OF CLAIMS.........................................................................................................................27

9.   FORCE MAJEURE.................................................................................................................................27

10.  ASSIGNMENT OF AGREEMENT.........................................................................................................28

11.  GOVERNING LAW................................................................................................................................29

12.  DISPUTE RESOLUTION.......................................................................................................................29

13.  NOTICES ...............................................................................................................................................30

14.  MISCELLANEOUS................................................................................................................................31

## MASTER SERVICES AGREEMENT

**THIS MASTER SERVICES AGREEMENT** ("**MSA**") shall be effective on October 12, 2017 ("**Effective Date**"), by and between *PETROHAWK ENERGY CORPORATION*, a Delaware Corporation having place of business at 1500 Post Oak Blvd, Houston Texas 77056 (the "**Company**"), and *BJ SERVICES, LLC*, a Delaware limited liability company having place of business at 11211 FM Road 2920, Tomball, Texas 77375 (the "**Contractor**").

## DEFINITIONS

In this Agreement, the following words and expressions shall have the meanings assigned to them below.

**Agreement** means this MSA together with any appendices, annexes and any Commercial Agreement and/or Order issued hereunder.

**Anti-competitive Behaviour** means any communication (by any means, whether electronic, written, verbal or otherwise), agreement (by any means, whether formal, informal, contractual, non-contractual, written or verbal) or other form of coordination or cooperation with any competitor (whether past, present or potential) that is unlawful or otherwise restricted or prohibited under applicable competition Laws.

**Anti-Corruption Laws** means any anti-corruption Laws, which may include:

(a)     the laws of the country of incorporation of each Party, and that of its parent company or ultimate parent company relating to bribery, kickbacks, and/or other corrupt business practices;

(b)     the Foreign Corrupt Practices Act of 1977 (Pub. L. No. 95-213, §§101-104) of the United States of America, as amended;

(c)     the UK Bribery Act of 2010;

(d)     the principles described in the Organization for Economic Cooperation and Development Convention on Combating Bribery of Foreign Public Officials in International Business Transactions, signed in Paris on 17 December 1997, which entered into force on 15 February 1999, and the Convention's Commentaries; and

(e)     any other applicable Law relating to bribery, kickbacks, and/or other corrupt business practices.

**Authority** means any national, state, provincial, regional, territorial, local or municipal government, ministry, governmental department, commission, board, bureau, agency, instrumentality, executive, legislative, judicial or administrative body.

**Claims** means all claims, losses, damages, demands, causes of action, suits, proceedings, fines, penalties, taxes, judgments, liens, costs, obligations and liabilities of every kind and character, including all expenses of investigation, defense and litigation, court costs, attorneys' and experts' fees, and all obligations to indemnify another.

**Commercial Agreement** means a written agreement between the Parties, or their Related Entities, that is subject to this MSA and that sets out the Goods and/or Services to be provided, the price or rates to be paid and any other pertinent commercial details the Parties may wish to specify.

**Company** means the entity named as such in the preamble of this MSA.

**Company Group** means the following entities and Persons individually and collectively:

(a)     Company;

(b)     Company's Related Entities;

(c)     Company's Separate Contractors;

(d)     Company's co-venturers, co-owners, partners, joint venturers, co-lessees, co-working interest owners, farmors, and farmees, and their respective Related Entities; and

(e)     the agents, representatives, servants, directors, officers, assigns, managers, members, shareholders, owners, invitees and employees of all of the foregoing.

**Confidential Information** means the terms of this Agreement and any information provided by or relating to any member of Company Group made available to Contractor at any time together with any information that concerns the business, operations, finances, plans or customers of any member of Company Group disclosed to or acquired by Contractor (including any information that is derived from such information), but does not include information which:

(a)     is or becomes public knowledge other than by a breach of this Agreement;

(b)     is in the possession of Contractor without restriction in relation to disclosure on or before the date on which it is disclosed to or acquired by Contractor in relation to this Agreement; or

(c)     has been independently developed by Contractor or acquired from a source which was not subject to a duty of confidentiality to Company or any member of Company Group.

**Consequential Loss** means any special, exemplary or punitive damages, including but not limited to, loss of production, loss of revenue, loss of profit or anticipated profit, loss of business reputation, business interruptions of any nature, loss of opportunities, loss of anticipated savings or wasted overheads.

**Contract Price** means the price or rates specified as such in the Commercial Agreement and/or Order.

**Contractor** means the Party defined in the preamble of this MSA.

**Contractor Group** means the following entities and Persons individually and collectively:

(a)     Contractor;

(b)     Contractor's Related Entities;

(c)     Contractor's Subcontractors of any tier and each of their respective Related Entities; and

(d)     the agents, representatives, servants, directors, officers, assigns, managers, members, invitees, shareholders, owners, employees and invitees of all of the foregoing.

**Defect** means any aspect of the Goods or the Services not in accordance with this Agreement, or any damage, deficiency, fault or inadequacy in, performance, workmanship, quality or makeup of the Goods or Services.

**Defects Correction Period** means the following:

(a)     For Goods - twelve (12)  months from the date Company takes possession of the Goods; and

(b)     For Services - twelve (12) months from the date on which the Services are fully performed.

For the avoidance of doubt, the Defects Correction Period for a particular item of Goods or Services provided hereunder will, if applicable, extend beyond termination of this MSA.

**Dispute** has the meaning given it to in clause 12.1.

**Effective Date** has the meaning given to it in the preamble of this MSA.

**Environmental Requirements** means all orders, contracts and Laws concerning or relating to or imposing liability for public health and safety, worker/occupational health and safety, and pollution or protection of the environment, including those relating to the presence, use, manufacturing, refining, production, generation, handling, transportation, treatment, transfer, storage, disposal, distribution, importing, labeling, testing, processing, discharge, release, threatened release, control or other action or failure to act involving any hazardous substances.

**Equipment** means plant, equipment, machinery, consumables, tools, appliances or other property and items any member of Contractor Group requires or uses to fulfil Contractor's obligations under this Agreement.

**Goods** means all products, materials, or supplies provided by any member of Contractor Group to Company under or relating to this Agreement, any Commercial Agreement and/or Order issued hereunder.

**Gross Negligence** means the performance of, or failure to perform, an act, obligation or duty in reckless disregard of the consequences.

**Group** means either Contractor Group or Company Group, as applicable.

**HSEC** has the meaning given it to in clause 3.1.

**Intellectual Property** means any subject matter, whether tangible or intangible, that attracts, or is susceptible to protection by, Intellectual Property Rights.

**Intellectual Property Rights** means all copyright and analogous rights (including moral rights), all rights in relation to inventions (including patent rights), registered and unregistered trademarks (including service marks), registered designs, confidential information (including trade secrets), know-how, circuit layouts and all other rights throughout the world resulting from intellectual activity in the industrial, scientific or artistic fields. These rights include:

(a)     all rights in all applications to register these rights; and

(b)     all renewals and extensions of these rights.

**Laws** means all legislation, rules, regulations, bylaws, orders, and proclamations, together with all requirements, guidelines, consents, certificates, licences, permits and approvals (including conditions in respect of those consents, certificates, licences, permits and approvals) of any Authority, with which a Party is legally required to comply.

**Order** means a purchase order, service order or any other written document (other than a Commercial Agreement) agreed to by the Parties pursuant to which Contractor (or, upon prior written consent of Company, Contractor's Related Entity) agrees to provide, and Company or Company's Related Entity agrees to purchase, Goods and/or Services, if any, pursuant to the terms of this Agreement and any request that may be issued through a Commercial Agreement.

**Party** means Company or Contractor, and Parties means both of them.

**Person** shall mean any individual or entity, including any corporation, limited liability company, partnership (general or limited), joint venture, association, joint stock company, trust, unincorporated organization or government (including any board, political subdivision or other body thereof).

**Personnel** means the personnel of Contractor Group providing the Goods and/or Services.

**Procedure** has the meaning given it to in clause 12.1.

**Related Entity** means, in relation to a Party or other entity, a body corporate which is:

(a)     a controlling company;

(b)     a controlled company; or

(c)     a controlled company of a controlling company,

of that Party or other entity and in respect of Company includes:

(d)     BHP Billiton Plc;

(e)     BHP Billiton Limited;

(f)     any body corporate controlled by BHP Billiton Plc or BHP Billiton Limited;

(g)     any body corporate controlled by BHP Billiton Plc and BHP Billiton Limited taking into account the aggregate percentage interests of their respective direct or indirect shareholdings in that body corporate; or

(h)     any body corporate controlling or controlled by the bodies corporate referred to in paragraphs (d) to (g).

For the purposes of this definition, one body corporate controls another when at the relevant time:

(a)     it owns either directly or indirectly or is otherwise in a position to cast, or control the casting of, not less than 50% of the shares entitled to vote at general meetings of that other body corporate; or

(b)     it has the capacity to control the composition of a majority of the board of directors of that other body corporate,

and "controlled" and "controlling" will be construed accordingly.

**Services** means all services provided by any member of Contractor Group to Company under or relating to this Agreement, including all obligations and duties not expressly defined but which are necessary and customarily provided in connection therewith.

**Separate Contractors** means all contractors, subcontractors, consultants and other Persons (other than any member of Contractor Group) engaged by Company or its Related Entity to carry out any works or services of whatever nature.

**Site** means the place(s) at which the Services or any part of the Services are to be performed and/or where Goods are provided to Company under or relating to this Agreement.

**Subcontract** means any contract of any tier entered into between Contractor and a Subcontractor (or by a Subcontractor with another Subcontractor) for the supply of Equipment or in connection with the Goods and/or Services.

**Subcontractor** means any Person of any tier that has entered into a Subcontract with Contractor or another Subcontractor of any tier for the supply of Equipment, or in connection with the Goods and/or Services.

**Taxes** includes all present or future taxes, fees, levies, duties, imposts, assessment royalties, tariffs, fees and charges imposed or assessed in respect of this Agreement by all Authorities including income tax, payroll tax, statutory pension or superannuation contributions and workers' compensation payments and contributions,

sales tax, value added or use tax, customs duty, excise, and stamp duty, as well as interest, penalties and additions thereto.

**Third Parties** means all Persons that are not included in the definition of either Company Group or Contractor Group.

**Withholding Amount** means the amount that Company is required by Law to withhold or deduct with respect to this Agreement in relation to any Tax.

**Work** means the Services related only to the fracturing, cementing and acidizing services specific to each Site.

## 1. PURPOSE AND SCOPE OF SERVICES

### 1.1 Purpose

(a) The general terms and conditions contained in this MSA shall apply to all Goods and/or Services provided to Company or its Related Entity, by Contractor hereunder. The Company's request, or its Related Entities' request, for Goods and/or Services shall be set out in a Commercial Agreement or Order. The execution of this MSA by the Parties shall not be construed as an obligation of Company or its Related Entity to issue a Commercial Agreement and/or Order or to order any Goods and/or Services in any manner from Contractor whatsoever. No Goods and/or Services shall be provided by Contractor except pursuant to a Commercial Agreement and/or Order.

(b) A Commercial Agreement and/or Order, by specific reference to this MSA, may be entered into by Company or any Related Entity of Company, and by Contractor (or a Related Entity of Contractor with Company's written consent). It is understood and agreed that a Commercial Agreement and/or Order entered into by a Related Entity of Company and/or a Related Entity of Contractor with Company's written consent, shall be governed by the terms and conditions of this MSA to the same extent as if the Commercial Agreement and/or Order were entered into by Company and Contractor.

### 1.2 Conflicts

The provisions of the text of this MSA, including any attachments, shall, in the event of a conflict, prevail over any provisions set forth in Contractor's bid or tender documents or any other written document, unless the Parties expressly agree otherwise in writing in a Commercial Agreement or Order that the term(s) or condition(s) of this MSA are to be overridden by such Commercial Agreement or Order which must then specifically reference this MSA and be signed by representatives of Company and Contractor who are acting within the scope of their corporate delegation of authority.

## 2. CONTRACTOR'S EQUIPMENT AND PERSONNEL

### 2.1 Personnel and Equipment

(a) Unless this Agreement expressly provides otherwise, Contractor must supply all labor and Equipment, at Contractor's expense and risk.

(b) Contractor shall provide and maintain in good working order Equipment that is suitable for the performance of Contractor's obligations under this Agreement. Company shall have the continuing right to inspect and reject for a shown reasonable cause any item of Equipment furnished by Contractor under this Agreement, and Contractor shall promptly repair or replace the rejected item at Contractor's sole cost.

(c) On Company's request, Contractor shall promptly replace any of the Personnel furnished by Contractor under this Agreement at Contractor's sole cost.

(d)    Contractor must:

(i)    obtain, at Contractor's expense, any necessary licenses, permits, qualifications, registrations and other statutory or regulatory requirements necessary for the performance of its obligations under this Agreement; and

(ii)    comply with all applicable Laws in supplying the Goods and providing the Services to Company.

If any member of Contractor Group provides the Goods or Services (or any part thereof) or performs this Agreement (or any part thereof) contrary to such Laws or requirements, Contractor will bear all costs associated with that contravention and must indemnify and hold harmless Company and its Related Entities from and against all liability, damages and claims, demands, costs and expenses (including legal costs and expenses) arising in connection with that contravention.

## 2.2    Independent Contractor

(a)    Nothing in this Agreement constitutes a joint venture, agency, partnership or other fiduciary relationship between the Parties.

(b)    Contractor acknowledges that it has no authority to bind Company except for such authority explicitly conferred on it under this Agreement.

(c)    At all times when performing any obligations under this Agreement, Contractor is an independent contractor and neither Contractor nor any member of Contractor Group shall be deemed an employee, or act as agent or employee, of Company.

(d)    Contractor must not act outside the scope of the authority conferred on it under this Agreement.

## 2.3    Subcontractors

(a)    Contractor shall, prior to contracting with any Subcontractors for the furnishing of any portion of the Goods and/or Services, obtain Company's express, prior written consent which consent shall not be unreasonably withheld. Contractor shall remain responsible for all obligations and liabilities in connection with any Subcontractor, including its acts or omissions.

(b)    Any Goods and/or Services provided by a Subcontractor shall be deemed part of the Goods and/or Services hereunder and shall be subject to the terms and conditions of this Agreement, and Contractor shall be fully responsible for all such Goods and/or Services. Contractor shall ensure that all Subcontractors comply with this Agreement and all applicable Laws and Company's HSEC procedures and requirements.

(c)    Contractor shall perform appropriate anti-corruption-related due diligence on all Subcontractors and inform each Subcontractor of Company's anti-corruption-related policies in advance of the Subcontractor providing any Goods and/or Services in respect of this Agreement.

## 3.    CONTRACTOR'S OBLIGATIONS & WARRANTIES

## 3.1    Compliance with Health, Safety, Environment, & Community Standards

Contractor shall comply with all applicable Environmental Requirements in providing the Goods and/or Services under this Agreement. In addition, Contractor shall comply with Company's applicable health, safety, environment, and community ("HSEC") procedures and requirements including Company's drug and alcohol policy and including any amendments or modifications made thereto after the Effective Date.    Company's HSEC procedures and requirements are available on Company's General Information web page for suppliers, which is located at:

8

http://www.bhpbilliton.com/bb/bhpBillitonSuppliers.jsp

Contractor acknowledges that no alcohol, drugs, controlled substances, firearms or other weapons are allowed on any Company premises and that smoking is prohibited except in areas designated by Company and at Contractor's sole risk. Contractor shall comply with, and shall ensure its Subcontractors comply with, all Laws with respect to the possession or use of, and testing for, drugs and alcohol, and shall if required by Law, maintain a written policy with respect thereto, which shall be provided to Company upon request. If Contractor's policy is administered through an organization that has adopted a program for the benefit of its members, Contractor shall, upon request, identify such organization and provide adequate proof that Contractor is in full compliance with such program. Any policy maintained by Contractor shall be no less stringent than Company's current "**Drug and Alcohol Policy**," (a copy of which will be provided upon request), and shall contain authority for Company to conduct searches and testing for drugs and alcohol. Contractor's drug and alcohol policy shall be subject to periodic audit by Company.

Whether or not Contractor maintains its own drug and alcohol policy, and whether or not any such policy is consistent with Company's Drug and Alcohol Policy, Contractor hereby agrees that Company Group shall always have the right to conduct searches and administer tests for drugs and alcohol on the person and belongings of any member of Contractor Group on or before entering any property which is owned or operated by any member of Company Group. In furtherance thereof, Contractor shall ensure that the members of Contractor Group (i) have been made aware of such policy before entering upon or at any time while on a property which is owned or operated by any member of Company Group or while providing Goods and/or Services to any member of Company Group and (ii) have signed a consent form providing for search and testing. Contractor shall maintain such signed consent forms in its records and shall provide Company with the signed consent form of any member of Contractor Group immediately upon request. If Contractor is self-employed, a signed consent form shall be submitted to Company before entering upon a property owned or operated by Company Group or while providing Goods and/or Services to any member of Company Group. Any member of Contractor Group who refuses to sign a consent form or refuses a search or to submit to drug or alcohol testing when requested by any member of Company Group shall be removed from the premises of a property which is owned or operated by any member of Company Group at Contractor's sole cost.

### 3.2 Contractor's Warranties

Contractor warrants, represents and agrees with Company as follows:

(a)     Contractor shall provide the Goods and/or Services required hereunder with due diligence and in a safe, competent and workmanlike manner, in strict conformity with this Agreement and the requirements of all Laws and applicable Environmental Requirements, in accordance with generally accepted petroleum industry practices, and in accordance with Company's HSEC procedures.

(b)     Contractor has adopted or shall adopt reasonable HSEC policies and guidelines, which are consistent with Company's HSEC procedures, and Contractor shall cause its Personnel to comply with such policies and guidelines. If Contractor's current guidelines are not consistent with Company's HSEC procedures, Contractor shall, at the request of Company, supplement such guidelines.

(c)     Contractor is a corporation or other legal entity, as indicated in the preamble of this MSA, which entity is duly formed and existing under the Laws where incorporated or otherwise formed, and as of the Effective Date hereof, is in good standing thereunder and will remain in good standing during the term of this Agreement.

(d)     Contractor possesses skilled Personnel and the proper Equipment for the provision of the Goods and/or Services required hereby, as well as the technical competence, financial capability and management skills for the performance of Contractor's obligations hereunder.

(e)     Contractor Group shall observe, and shall cause its Personnel, and other representatives to observe, the highest ethical and personal standards in the provision of the Goods and/or Services hereunder. Contractor Group shall not accept or give or promise to give payments, gifts, trips, entertainment or other favors from or to any member of Company Group or customers or which violate any applicable Anti-Corruption Laws.

(f)     Contractor must, in delivering the Goods or performing the Services:

   (i)     not interfere with any member of Company Group's activities or the activities of any other Person at the Site;

   (ii)     leave Company Group member's premises secure, clean, orderly and fit for immediate use having regard to the condition of Company Group member's premises immediately prior to the delivery of Goods or performance of Services.

(g)     Contractor shall cooperate with Company to implement standards of quality consistent with any quality management system or process indicated by Company in any Commercial Agreement, Order or otherwise.

(h)     Company shall not be deemed to have accepted any Goods or Services until Company has had a reasonable time to inspect the Goods after delivery and to inspect and test the Goods or the results of any Services provided. Payment for the Goods or the signing of delivery receipts before inspection does not constitute acceptance of the Goods by Company. Company's inspection, testing or acceptance of some or all of the Goods and/or Services does not in any way change or affect Contractor's obligations under this Agreement or affect Company's rights to a Claim due to Contractor's breach of warranty or failure to fulfill any of its other obligations under this Agreement. If Company accepts any Services or Goods from Contractor which do not comply with the terms of this Agreement, such acceptance does not bind Company to accept future Services or future Goods which do not comply with the terms of this Agreement.

(i)     Title to and risk of destruction, loss or damage of or to any of the Goods shall be with Contractor until Company takes delivery, inspects and accepts the Goods as set forth in this Agreement; provided, however, that inspection and acceptance of the Goods by Company shall not relieve Contractor from any liability under its or its Subcontractors' warranties or other obligations hereunder, including for latent defects. Contractor shall pay all applicable customs, excise, import and other duties unless otherwise agreed to by the Parties in writing. Contractor warrants that it has complete ownership of the Goods, free of any liens, charges and encumbrances and shall provide the Goods to Company on that basis and that Company shall be entitled to clear, complete and quiet possession of the Goods.

## 3.3     Contractor's Obligations as to the Quality of the Goods and Services

(a)     With respect to any Goods furnished pursuant to this Agreement, Contractor must ensure that:

   (i)     the Goods supplied by Contractor match the description (including performance criteria) of the Goods in this Agreement;

   (ii)     if Contractor gave Company a sample of the Goods before Company entered into this MSA (or, if applicable, before entering into a relevant Commercial Agreement or Order), the Goods conform with the sample;

   (iii)     the Goods comply with any standards set out in this Agreement;

   (iv)     the Goods are new and free from Defects; and

10

    (v)    Company has the full benefit of any manufacturer's warranties that may be applicable to the Goods (and Contractor must pursue any manufacturer's warranties on Company's behalf if Company so requests).

(b)    With respect to any Services provided under this Agreement, Contractor must ensure that:

    (i)    the Services match the description of the Services in this Agreement;

    (ii)    if Contractor provided Company with a demonstration of the Services before Company entered into this MSA or before the Parties entered into a Commercial Agreement for any of those Services, the Services conform in nature and quality with the Services demonstrated;

    (iii)    the Services are performed by appropriately qualified and trained Personnel, and comply with the standards set out in this Agreement;

    (iv)    the Services are performed with the professional skill, care and diligence expected of a professional contractor;

    (v)    any items which Contractor uses or supplies in conjunction with the Services comply with the standards set out in this Agreement and any other standards specified in this Agreement.

(c)    Contractor reserves the right not to perform Work if, in its reasonable opinion, the job or conditions of the location render such performance inadvisable. Company warrants to Contractor that it will prepare and provide a sound location and, upon reasonable request by Contractor, will provide documentation to verify that the location is adequate to support the Services. Company shall secure for Contractor any necessary rights of ingress and egress to the area where the Services are to be performed. Company shall advise Contractor, in writing, of any limitations or restrictions affecting ingress and egress, and Contractor shall abide by such limitations or restrictions. Should Contractor be denied the required access to or the right to egress from the Site for any reason not attributable to Contractor, Company shall pay to Contractor all standby charges and/or additional expenses which result.

(d)    Due to the nature of the Work to be performed and unpredictable wellbore conditions, Contractor does not warrant nor guarantee any results. Finally, any interpretation of logs, test or other data, and any recommendation or reservoir description based upon such interpretations, are opinions based upon inferences from measurements and empirical relationships and assumptions, which inferences and assumptions are not infallible, and with respect to which professional engineers and analysts may differ. Accordingly, Contractor cannot and does not warrant the accuracy, correctness or completeness of any such interpretation, recommendation or reservoir description; provided however, nothing in this Section 3.3(d) shall diminish the Contractor's responsibility for warranties or other obligations herein nor shall it relieve Contractor from any duties or other quality and standard requirements or obligations related to the Work and other Goods or Services provided hereunder.

(e)    EXCEPT AS OTHERWISE SET FORTH IN THIS AGREEMENT, CONTRACTOR MAKES NO WARRANTY OF ANY KIND, EXPRESS OR IMPLIED, INCLUDING, WITHOUT LIMITATION, IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE.

### 3.4    Contractor's Compliance with Laws

Contractor certifies that, unless specifically exempted, all Equipment, Goods and/or Services furnished by Contractor Group under this Agreement have been manufactured, processed and delivered and all labor shall be performed in full conformance with all applicable Laws, including Anti-Corruption Laws.

## 3.5 Compliance with Anti-Corruption Laws

### 3.5.1 Contractor Not to Offer Anything of Value

Contractor represents, warrants and agrees that no member of Contractor Group has authorised, offered, promised or given, or will authorise, offer, promise or give, anything of value (including a facilitation payment) to:

(a) any:

    (i) individual who is employed by or acting on behalf of an Authority, government, government-controlled entity or public international organisation;

    (ii) political party, party official or candidate;

    (iii) individual who holds or performs the duties of an appointment, office or position created by custom or convention; or

    (iv) individual who holds himself out to be the authorised intermediary of any Person specified in clauses (i), (ii) or (iii) above,

(each, a "**Government Official**"), in order to influence or reward action by or at the behest of such Government Official relating to Company and/or this Agreement;

(b) any Person (whether or not a Government Official) to influence that Person to act in breach of a duty of good faith, impartiality or trust ("**acting improperly**") in relation to either, or both, Company or this Agreement, to reward the Person for acting improperly or in circumstances where the recipient would be acting improperly by receiving the thing of value; or

(c) any other Person while knowing, or while he or she ought reasonably to have known, that all or any portion of the money or other thing of value that was authorised, offered, promised or given or will be offered, promised or given to:

    (i) a Government Official in order to influence or reward official action relating to either, or both, Company or this Agreement; or

    (ii) any Person in order to influence or reward such Person for acting improperly or in violation of any Anti-Corruption Laws.

### 3.5.2 Ownership of Contractor

(a) Contractor represents and warrants that neither Contractor, any of its Related Entities nor any other entity in which Contractor has an ownership interest is directly or indirectly owned or controlled, in whole or in part, by any Government Official in a position to take or influence official action for or against Company and no officer, director, or employee of Contractor is such a Government Official.

(b) Contractor will notify Company promptly, and in any event within 7 days, upon becoming aware that any officer, director, or employee becomes, or expects to become, a Government Official in a position to take or influence official action for or against Company.

### 3.5.3 Contractor to Maintain Books and Records

(a) Contractor will keep and maintain accurate and reasonably detailed books and financial records in connection with its performance under, and payments made in connection with, this Agreement.

(b)     Contractor will, upon request, permit Company to audit and examine any books and financial records necessary for the verification of compliance with Contractor's representations, warranties and undertakings under this Agreement.

(c)     Contractor will provide any information and assistance reasonably required by Company to enable and facilitate the audit and examination under paragraph (b) above, including access to its relevant Personnel.

(d)     Such audit shall not include Contractor's legally privileged matters, confidential information with respect to the calculation of Contractor's profit margin and overhead rates, or trade secrets. Company may exercise its rights hereunder at its sole discretion by using its personnel and/or by using independent accountants.

### 3.5.4   Breach of Anti-Corruption Clause

If:

(a)     a breach of clause 3.5.1 or clause 3.5.2 occurs or Company knows or believes, acting reasonably, that such a breach is imminent; or

(b)     notice is given pursuant to clause 3.5.2 above,

then Company may (without prejudice to any other rights that it might have):

(c)     suspend performance of this Agreement until such time as it has received confirmation to its satisfaction that no breach has occurred or is likely to occur; or

(d)     terminate this MSA and/or any Commercial Agreement and/or any Order by serving notice in writing to that effect upon Contractor, in which event, Company will not be obliged to:

    (i)     make any payment (whether under the MSA, any Commercial Agreement, any Order or otherwise) to Contractor in respect of Goods and/or Services or other benefits that have been procured through, or are related to, the breach of clause 3.5.1 or clause 3.5.2; and

    (ii)    reimburse or indemnify Contractor for any liability or cost connected with the breach of clause 3.5.1 or clause 3.5.2,

and Contractor shall indemnify and hold harmless Company Group from and against all known Claims which Company has incurred that arise from or relate to such breach.

### 3.5.5   Notification of Breach

Contractor must notify Company promptly upon becoming aware of any breach, imminent breach or suspected or potential breach of clause 3.5.1 or clause 3.5.2 by Contractor, any member of Contractor Group or Contractor's Personnel.

### 3.6   Defects

(a)     If Company finds any Defect at any time on or before the last day of the relevant Defects Correction Period (other than a Defect caused by the negligence of the Company or any member of Company Group), then Company may give Contractor notice in writing of the Defect and require Contractor to cure the Defect within a reasonable period stated in the notice. However, if the relevant Defect creates a circumstance or condition that is unsafe and that requires prompt rectification, then Company is not obliged to give Contractor an opportunity to cure the Defect before Company does so itself (including through a Separate Contractor).

(b)     If Contractor does not cure the Defect within the period stated in the notice given under paragraph (a) above, then Company, at its sole option, may:

    (i)     reject the Goods with the Defect and return them to Contractor, in which case Contractor must replace the Goods free of charge and reimburse Company for any expenses incurred;

    (ii)     reject the Services with the Defect, in which case Contractor must re-perform the relevant Services free of charge and reimburse Company for any expenses incurred; or

    (iii)     cure or engage another contractor to cure the Defect, in which case Contractor must reimburse Company for any expenses incurred.

(c)     If Contractor does not replace the Goods or re-perform the Services pursuant to paragraph (b)(i) or paragraph (b)(ii) above and:

    (i)     Company has already paid Contractor for the relevant Goods or Services with the Defect, then Contractor must repay the relevant amount to Company; or

    (ii)     Company has not already paid Contractor for the Goods or Services with the Defect, then Company is not liable to pay Contractor for the relevant Goods or Services.

(d)     Where Contractor has cured any Defect under this clause 3.6, those Goods or Services will be subject to the same Defects Correction Period as the original Goods or Services, with such period commencing on the date Contractor cured the Defect.

(e)     Company's rights under this clause 3.6 do not in any way affect Contractor's obligations under this Agreement or any of Company's other rights under this Agreement or at Law.

(f)     The acceptance of any Goods or Services with a Defect by Company or anyone on the  Company's behalf will not bind Company to accept any other Goods or Services with a Defect and does not affect any of Company's other rights under this Agreement or at Law.

(g)     The rights and obligations under this clause 3.6 continue after the termination of this Agreement.

## 3.7     Confidentiality Obligations

(a)     Contractor must not advertise or issue any information, publication, document or article (including photographs or film) for publication or media releases or other publicity relating to the Goods and Services, this Agreement or the Confidential Information without the prior written approval of Company.

(b)     Contractor must refer to Company any enquiries from the media concerning the Goods, the Services, this Agreement or the Confidential Information.

(c)     The Contractor must not, and must ensure that the Contractor Group do not, without the prior written approval of Company, use Confidential Information other than as necessary for the purposes of fulfilling its obligations under this Agreement or, subject to clause (d) below, disclose the Confidential Information (other than to any member of Contractor Group who needs the information to enable Contractor to perform this Agreement).

(d)     Subject to clause (f) below, Contractor Group's obligation not to disclose Confidential Information without Company's prior written approval does not apply to disclosures to the extent that they are:

    (i)     required by Law (including disclosure to any stock exchange or any Authority);

14

      (ii)     made to its lawyers, accountants or auditors; or

      (iii)    required to enable Contractor to make or defend any Claim under this Agreement.

(e)    Even if Contractor is entitled to disclose Confidential Information without the prior written approval of Company, Contractor must otherwise keep the Confidential Information confidential and ensure that any Person to whom the Confidential Information is disclosed keeps the Confidential Information confidential in accordance with this Agreement.

(f)    Before making any disclosure pursuant to clause (d)(i) above, Contractor must:

      (i)      give Company details of the reasons for the disclosure and a copy of the information Contractor proposes to disclose;

      (ii)     where reasonably possible, provide Company with sufficient notice to enable Company to seek a protective order or other remedy; and

      (iii)    provide Company with all assistance and co-operation which Company considers necessary to prevent or limit that disclosure including by making such amendments (if any) as requested by Company to the terms of the disclosure.

(g)    Contractor must, within 14 days (or any other period agreed in writing by the Parties) after a direction by Company to do so, return or destroy all Confidential Information in Contractor's possession, custody or control.

(h)    Notwithstanding the provisions of clause (g) above:

      (i)      Contractor may retain in its possession one copy of documents which may incorporate Confidential Information and which have been submitted to its management for decision making purposes;

      (ii)     Contractor and its advisers may retain any Confidential Information which is required to be retained by Law or for the purposes of compliance with any relevant professional standards or insurance policies or where reasonably necessary to support any advice given to Contractor;

      (iii)    to the extent that Contractor's computer back-up procedures or those of Contractor Group to whom Confidential Information has been disclosed create copies of Confidential Information, those entities may retain those copies for the period backed-up computer records are normally archived by the relevant entity; and

      (iv)    any Confidential Information retained under clauses  (i), (ii) and (iii) above will remain subject to the provisions of this clause 3.7 until it is destroyed.

(i)    The rights and obligations under this clause 3.7 continue after the termination of this Agreement.

## 3.8    Intellectual Property

"**Company's Background IP**" means any Intellectual Property of the Company (or licensed to the Company by any Person, including a Subcontractor) which the Company makes available, contributes, brings to or uses in connection with this Agreement.

"**Company IP**" means Company's Background IP and Intellectual Property in an improvement or modification to Company's Background IP developed solely by or on behalf of Company that: (i) is created, discovered or comes into existence as a result of, for the purpose of, or in connection with the performance of this Agreement (including all Intellectual Property developed by Company in performing this Agreement); (ii) is based on or derived solely from Company's Background IP;

and (iii) the use or practice of which would, absent a right or license of appropriate scope, infringe the underlying Company's Background IP.

**"Contractor's Background IP"** means any Intellectual Property of Contractor Group (or licensed to Contractor by any Person) which:

(i)    is in existence before the Effective Date or comes into existence after the Effective Date and is created outside the scope of this Agreement; and

(ii)    Contractor makes available, contributes, independently develops, brings to or uses in connection with this Agreement.

"**Contractor IP**" means Contractor's Background IP and Intellectual Property in an improvement or modification to Contractor's Background IP developed solely by or on behalf of Contractor that: (i) is created, discovered or comes into existence as a result of, for the purpose of, or in connection with the performance of this Agreement (including all Intellectual Property developed by Contractor in performing this Agreement); (ii) is based on or derived solely from Contractor's Background IP; and (iii) the use or practice of which would, absent a right or license of appropriate scope, infringe the underlying Contractor's Background IP.

**"Project IP"** means all Intellectual Property (present or future), other than Contractor IP and Company IP, created, discovered or coming into existence as a result of, for the purpose of, or in connection with the performance of this Agreement.

(a)    Subject to the terms and conditions of this clause 3.8, Contractor's Background IP remains vested in the applicable member of Contractor Group. Contractor IP is the exclusive property of, and solely owned by, Contractor.

(b)    Company's Background IP shall remain vested in Company. Company IP is the exclusive property of, and solely owned by, Company.

(c)    Contractor hereby grants to Company, a non-exclusive, perpetual, royalty-free, irrevocable, transferable license (with the right to assign and sub-license) to use Contractor IP in connection with the use of the Goods or Services. Such license shall include the right for Company, without consent, to assign its rights to any purchaser of an interest in all of part of any facility related to the Goods and/or Services and to sublicense to any Related Entities of Company; provided, however, Company may not assign or sublicense Contractor IP for the use set forth in this subsection (c) to any known competitor of Contractor without the prior written consent of Contractor.

(d)    Each Party shall provide promptly written notice to the other Party if such Party has a reasonable basis to believe that any Project IP has been or is contemplated to be created under this Agreement. If any Project IP is created or developed under this Agreement, Contractor and Company agree to enter into a mutually acceptable Intellectual Property amendment to this Agreement covering the ownership, licensing, and assignment of the Project IP.

(e)    Company hereby grants to Contractor a non-exclusive, royalty-free, revocable, non-transferable license to use Company IP to the extent required to perform Contractor's obligations under this Agreement.

(f)    Contractor warrants that:

(i)    Contractor is able to license Contractor IP as described in clauses (c) above;

(ii)    use by Company, or by another Person with the permission of Company, of Contractor IP in accordance with this Agreement will not infringe the Intellectual Property Rights of any Person or breach any Law or agreement;

16

    (iii)    neither Company, nor any other Person acting with the permission of Company, is liable to pay any third party any license or other fee in respect of the use of Contractor IP; and

    (iv)    Contractor has obtained from any Person involved in the creation of, or whose Intellectual Property Rights form part of, the Contractor IP, all necessary written consents to ensure Company and any Person claiming an interest through Company do not infringe any Intellectual Property Rights.

(g)    Company warrants that:

    (i)    Company is able to license Company IP as described in clause (e) above;

    (ii)    use by Contractor, or by another Person with the permission of Contractor, of Company IP in accordance with this Agreement will not infringe the Intellectual Property Rights of any Person or breach any Law or agreement; and

    (iii)    neither Contractor, nor any other Person acting with the permission of Contractor, is liable to pay any third party any license or other fee in respect of the use of Company IP.

(h)    Contractor must notify Company as soon as Contractor becomes aware of any suspected, threatened or actual infringement of any Intellectual Property Rights arising by reason of this Agreement or Company's use of the Goods or Services. If there has been such an infringement then Contractor must, at Company's direction:

    (i)    either:

        A.    modify the Goods and the Services or the affected part of them so as to overcome the infringement of the Intellectual Property Rights concerned;

        B.    replace the affected part of the Goods, so as to overcome the infringement of the Intellectual Property Rights concerned;

        C.    remove the affected part of the Goods and compensate Company for any cost, loss, expense or damage incurred by Company as a result; or

        D.    obtain, at no cost to Company, the right for Company to continue to use the affected Goods and Services in the manner contemplated by this Agreement,

        and any such modification, replacement, removal or acquisition will not constitute a change order, nor will it entitle Contractor to any extension of time for the performance of Contractor's obligations under this Agreement. In the event that none of the above remedies are attainable after Contractor's best efforts, then Contractor shall have the right to terminate this Agreement and/or any Order; provided, however, Contractor shall not be relieved of its respective obligations or liabilities, including those stated herein.

    (ii)    indemnify, defend, protect and hold harmless, at Contractor's cost, Company Group from and against any claim for infringement of any Intellectual Property Rights arising by reason of the supply or use of the Goods or Services. However, Contractor shall not owe an indemnity and will not be liable for Intellectual Property infringement that arises:

        A.    When it arises from Company furnished equipment or company designed methods or equipment; or

        B.    If Company does not provide written notice to contractor within a reasonable period of time following receipt of an official service of process.

Company shall release, protect, defend, indemnify, and hold harmless Contractor Group against any claim, expense, judgment or loss for alleged infringement of any patent, copyright, or other proprietary right which results from a claim due to no fault of Contractor and (i) based upon 3.8 (h)(ii)A herein if a court of competent jurisdiction found the claim actually resulted from a breach under 3.8 (h)(ii)A or (ii) based upon 3.8 (h)(ii)B herein only to the extent that any delay caused additional costs to Contractor.

(i) Contractor agrees to provide all reasonable assistance Company may request to protect the Intellectual Property Rights in the Company IP.

(j) The rights and obligations under this clause 3.8 continue after the termination of this Agreement.

## 3.9 Anti-Competitive Behaviour

Each Party hereby warrants that, as at the date of this Agreement and on each subsequent occasion it performs obligations under this Agreement, it has not engaged in any Anti-competitive Behaviour in relation to the potential or actual terms and conditions of this Agreement, including the Contract Price.

## 4. TERM & TERMINATION

The term of this MSA shall commence as of the Effective Date, and shall continue in effect, until expressly terminated by either Party in accordance with this clause. Either Party may terminate this MSA at any time, with or without cause, by giving the other Party thirty (30) calendar days' prior written notice. This MSA shall terminate at the end of such thirty (30) days. Neither Party shall, by the termination of this MSA, be relieved of its respective obligations or liabilities, including those stated herein, arising from or incidental to any Commercial Agreement or Order.

## 5. RATES, PAYMENT & TAXES

## 5.1 Rates and Payments

(a) Company shall pay Contractor or its Related Entity, as applicable, for Goods and/or Services provided under the relevant Commercial Agreement or Order in accordance with the rates, sums and prices agreed by the Parties pursuant to the applicable Commercial Agreement and/or Order. In the event of a dispute as to all or any portion of an invoice, Company may withhold the disputed amount. In any event, however, payment of an invoice does not constitute acceptance of the correctness of the invoice, and Company may, whether or not a charge is disputed, pay the charge without waiver of Company's right to dispute the accuracy of the charge and seek reimbursement at a later time. In addition, Company may, upon request, require Contractor to furnish Company with:

(i) satisfactory evidence of the validity and proper payment by Contractor of all charges incurred by Contractor thereunder,

(ii) verification satisfactory to Company of Goods and/or Services provided,

(iii) verification of satisfactory receipt, installment and provision of all Goods and/or Services to which such payment relates,

(iv) proof that all Claims against Contractor by its suppliers and Subcontractors for labor, goods, equipment and services of any kind furnished in connection with Contractor's obligations under this Agreement have been fully paid and satisfied, and

(v) proof that all liens, Claims and privileges of Contractor's suppliers and Subcontractors, and Claims not covered by insurance, arising out of Goods and/or Services furnished in connection with Contractor's obligations under this Agreement have been fully released or satisfied.

(b) Company shall not be obligated to pay any invoice that is not submitted in accordance with Company's invoicing procedures.

(c) Company may reduce any payment due to Contractor under this Agreement by any amount which Contractor must pay Company, including costs, charges, damages and expenses and any debts owed by Contractor to Company in relation to or in connection with this Agreement or the Goods and Services. This does not limit Company's right to recover those amounts in other ways.

### 5.2 Taxes

Irrespective of where Goods and/or Services are provided, Contractor shall remain solely liable for any Taxes due and payable resulting from the provision of the Goods and/or Services or compensation paid for the Goods and/or Services, unless otherwise set forth in the relevant Commercial Agreement and/or Order. If value added assessments, sales taxes and other similar transactional taxes are imposed by Law on the Goods or Services received pursuant to this Agreement, Contractor may impose and collect such Taxes if shown as a separate line item on an invoice. However, Contractor may not impose or collect such Taxes from Company if proper documentation of exemption or a valid exemption certificate is furnished to Contractor prior to payment of an invoice.

### 5.3 Withholding Tax

Where Company believes it is required by Law to withhold or deduct any Withholding Amount from any payment due to Contractor, Contractor:

(a) authorises Company to withhold or deduct the Withholding Amount; and

(b) acknowledges and agrees that when Company pays the Withholding Amount to the relevant Authority, Company is deemed to have paid an amount equal to the Withholding Amount to Contractor,

and when Company withholds or deducts that amount from any payment due to Contractor, Company must give Contractor written notice of the Withholding Amount and provide proof of payment upon Contractor's written request.

### 5.4 Refunds of Tax

If Contractor receives a refund of Taxes it has collected from the Company pursuant to clause 5.3 or Company receives a refund of Taxes it has withheld from Contractor pursuant to clause 5.3, the Party receiving the refund shall promptly pay the amount of the Tax refunded to the other Party.

### 5.5 Inspection and Audit

(a) For a period of three (3) years from the termination of this Agreement or the applicable Commercial Agreement, Contractor shall maintain a complete and correct set of records pertaining to all aspects of this Agreement, including the performance hereof by Contractor Group. Company shall, in order to verify that all transactions between Company and Contractor hereunder shall satisfy all of the terms and conditions of this Agreement, have the right, by audit conducted by Company or by independent auditor, at Company's election, to inspect and audit those records of Contractor pertaining to this Agreement, within a period of three (3) years from the termination of this Agreement or applicable Commercial Agreement. Should the results of any audit so require, appropriate adjustments or payments shall be made by the Parties. Such audit shall not include Contractor's legally privileged matters, confidential information with respect to the calculation of Contractor's profit margin and overhead rates, or trade secrets. Company may exercise its rights hereunder at its sole discretion by using its personnel and/or by using independent accountants.

(b) At all reasonable times, Company may itself or through an agent:

19

(i)     review, inspect, examine and witness tests of, any Goods or Services, or the performance of any Goods or Services;

(ii)    inspect any equipment used in measuring any Goods or Services at any time up to 12 months after the measurement of the Goods or Services occurs; and

(iii)   carry out site inspections,

at the Site, any Company Group member's premises, and/or any Contractor Group member's premises.

(c)     Contractor must ensure that Company has access to Contractor's and any Subcontractor's premises for the purposes of clause (b) above.

(d)     Contractor must give Company 14 (fourteen) days' notice (or such other period as the Parties agree) prior to the date the Goods will be ready for delivery, final inspection, or for performance tests prior to delivery, so that Company's representative can be present.

(e)     Contractor is not relieved of its responsibilities under this Agreement if Company or its representative has reviewed, inspected, examined or witnessed any testing prior to delivery of the Goods or the completion of the Services.

(f)     Contractor must, on request by Company or Company's representative, provide to Company and its employees, agents and consultants any information and assistance required to identify, evaluate, implement and report on any matter required by Law, in respect of anything used, produced or created in connection with the performance of Contractor's obligations under this Agreement.

## 6.     INSURANCE

### 6.1    Insurance Policies to be obtained by Contractor

Contractor must (and in doing so bears the sole responsibility for determining the requirements of those Laws relating to insurance) procure and maintain the following minimum insurances, unless Company has expressly stated otherwise in writing:

(a)     Statutory Workers' Compensation Insurance complying with all applicable Laws including state and federal Laws. The policy will include coverage for Company as an Alternate Employer. If any member of Contractor Group will be working or performing Services on, near or above water when performing the Agreement then such policies shall include United States Longshore and Harbor Workers' Compensation Act coverage and including coverage under the Jones Act, Death on the High Seas Act, Outer Continental Shelf Lands Act and Maritime Laws in which case minimum limits of Employers' Liability Insurance will be at least USD $1,000,000.00 per occurrence, including transportation, wages, maintenance and cure;

(b)     Employers' Liability Insurance of USD $1,000,000.00 per accident, including coverage for occupational disease. The policy will include coverage for Company as an Alternate Employer.     If any member of Contractor Group will be working or performing Services on, near or above water when performing the Agreement then such policies shall include United States Longshore and Harbor Workers' Compensation Act coverage and including coverage under the Jones Act, Death on the High Seas Act, Outer Continental Shelf Lands Act and Maritime Laws in which case minimum limits of Employers' Liability Insurance will be at least USD $1,000,000.00 per occurrence, including transportation, wages, maintenance and cure;

(c)     Commercial General Liability Insurance ("**CGL**") on an occurrence form covering bodily injury and property damage, including broad form coverage for contractual liability, sudden and accidental pollution, action over coverage, deletion of any non-owned watercraft exclusion, and including

products and completed operations coverage for a minimum of two years, with a combined single limit of not less than USD $1,000,000 per occurrence and not less than a USD $2,000,000 annual aggregate limit. If vessels are provided, the policy shall contain an endorsement to the policies stating that a claim "in rem" shall be treated as a claim "in personam." If coverage is to be written on a claims made or occurrence-reporting form, the retroactive date of any policy cannot be later than the inception of the date Contractor's performance commences or the Effective Date and must include coverage for a minimum of two years as well as extended reporting for a minimum of an additional two years;

(d)     if any member of Contractor Group will be providing or using vehicles when performing the Agreement then Contractor must obtain Commercial Automobile Liability insurance covering all owned, hired and non-owned vehicles (including any trailers or Equipment attached thereto) with a minimum combined single limit of not less than USD $1,000,000 per occurrence.

(e)     if any member of Contractor Group will be providing watercraft when performing the Agreement then Contractor Group must carry or require the owners of the watercraft to carry:

  (i)     Hull and Machinery insurance (including collision liability) in an amount not less than the market value of the watercraft,

  (ii)    Protection and Indemnity insurance, including coverage for crew liability, pollution liability and liability for removal of wreckage, in an amount not less than the market value of the watercraft or USD $10,000,000 whichever is greater,

  (iii)   Charterer's Legal Liability insurance in an amount not less than the market value of the watercraft or USD $10,000,000 whichever is greater, and

  (iv)    if the watercraft engages in towing operations, Tower's insurance in an amount not less than the market value of the watercraft or USD $10,000,000, whichever is greater. Any such insurance must be endorsed as follows:

    (A)   to delete any language in any policy which reduces or limits coverage for Company Group in the event of the limitation of liability statute;

    (B)   to provide full coverage for Company Group without regard to liability "as owner" of the vessel and to delete any "as owner" clause and any other language which limits, or purports to limit, the coverage afforded to an insured or an additional insured who is not a ship owner, and to include coverage for all additional insureds in any capacity in which they may be held liable; and

    (C)   to include voluntary removal of wreck/removal of debris coverage;

(f)     if any member of Contractor Group will be providing aircraft, including, but not limited to, helicopters when performing the Agreement then Contractor must carry or require the owners of the aircraft to carry:

  (i)     All-Risk Hull Insurance in an amount equal to the replacement value of the aircraft, and

  (ii)    Bodily Injury Liability, including passenger liability and public liability, of not less than USD $4,000,000 per passenger seat in any one occurrence and USD $5,000,000 for loss or other damage to property in any one occurrence;

(g)     Umbrella Liability insurance ("**Umbrella Liability**") providing coverage in excess of the coverages to be provided by Contractor in clauses (a) through (f) above (with the exception of Workers' Compensation insurance), which shall provide coverage at least as broad as the underlying policies. The minimum limits for such Umbrella Liability insurance shall be USD $10,000,000 per occurrence

21

**6.2     Coverage and Endorsements**

All of Contractor Group's policies of insurance shall, with respect to the risks and liabilities assumed by Contractor under this Agreement:

(a)     name all members of Company Group as additional insureds under such policies, except for workers' compensation insurance coverage, on a broad form basis (with such additional insured coverage including coverage for the sole or concurrent negligence of the additional insured) and not being restricted to (i) "ongoing operations," (ii) coverage for vicarious liability, (iii) circumstances in which the named insured is partially negligent or (iv) indemnification claims hereunder;

(b)     contain provisions stating that the policies affording coverage shall apply as primary insurance without right of contribution via counterclaim, offset or otherwise from any other policies available to Company Group providing any coverage to any members of Company Group; and

(c)     contain provisions stating that the insurers waive all rights of subrogation against the members of Company Group.

To the extent any Services are performed in or offshore the State of Louisiana, and to the extent requested by Company with respect to Contractor's CGL and Umbrella Liability that is in excess of Contractor's CGL coverage, the Parties agree that Company will pay to Contractor's insurers or brokers (or their agent or representative) the premium required by Contractor's insurers for extending such insurance policies to cover Company Group by naming Company Group as additional insureds, waiving subrogation against Company Group, and being primary with respect to any other coverage in favor of any member of Company Group for liability assumed by Contractor under this Agreement.  In such case, Contractor will arrange to have Company Group billed for the premium required by Contractor's insurers, and the additional premium for such additional insured status shall be paid by Company Group based on an invoice provided by Contractor's insurers or brokers (or their agent or representative), which shall be over and above the agreed upon rates and shall not be consideration to Contractor.

**6.3     Subcontractor Insurance**

Contractor must ensure that its Subcontractors are insured as required by this clause 6, as appropriate (including as to amounts and types of insurance) given the nature of Services or work to be performed by them, as if they were Contractor.

**6.4     Period of Insurance Coverage**

Unless clause 6.1 expressly requires a different period of coverage, Contractor must ensure that each policy of insurance referred to in this clause 6 is in force from the Effective Date and is maintained until the end of the last Defects Correction Period.

**6.5     Rating**

Contractor must ensure (and, where relevant, procure that its Subcontractors ensure) that any insurance required to be taken out under this clause 6 is effected with reputable insurers who have a minimum financial security rating of A VII by AM Best or A- by Standard & Poors or the equivalent rating with another recognised rating agency.

**6.6     Certificates of Insurance**

Contractor must, on or prior to the Effective Date and otherwise when requested by Company, promptly satisfy Company that each contract of insurance it is required to procure under this Agreement is current by providing to Company certificates of currency and renewal certificates (in a form acceptable to Company) evidencing Contractor's insurance policies set forth in this clause 6 or other advance evidence reasonably required by Company. Despite anything to the contrary in this Agreement, Company:

22

(a)     has the right to refuse Contractor (and any Personnel) entry to Company's premises; and

(b)     is not obliged to pay, and may withhold payment of any amount owed by it to Contractor without any interest accruing under this Agreement,

unless and until said certificates of currency or renewal have been provided. This clause 6.6 will neither constitute notice to Company of the contents of any policy nor be raised as a defence to any claim by Company against Contractor.

## 6.7     Contractor Failure to Obtain Insurance

If Contractor fails to procure and maintain insurance policies in accordance with this Agreement, Company may, but is not obliged to:

(a)     procure and maintain any such insurance and the cost of doing so will be a debt due and immediately payable from Contractor to Company;

(b)     refuse to make any further payments due from time to time to Contractor (under this Agreement or any other contract) until the insurance policies and receipts for the payment of premiums are made available for inspection by Company; or

(c)     treat the Agreement as having been repudiated by the Contractor.

In the event that Contractor or any Subcontractor fails to maintain any of the required insurance, Contractor shall become an insurer to the extent of any such failure and shall, in addition to Contractor's other obligations under this Agreement, indemnify and hold harmless Company Group against all Claims which would otherwise have been covered by that insurance. Contractor shall provide Company with thirty (30) days' advance written notice of any planned cancellation or expiration of any such policies or of any other changes that would materially reduce the limits or coverage (or increase the costs to Company) of such insurance policies.

## 6.8     Responsibility for Excess or Deductible

Whenever a claim is made under any of the policies of insurance referred to in this clause 6, Contractor is liable for any excess or deductible payable as a consequence.

## 6.9     Claims

Contractor must:

(a)     inform Company in writing immediately if it becomes aware of any actual, threatened or likely Claims in connection with this Agreement under any of the insurances referred to in this clause 6 and ensure that Company is kept fully informed of any subsequent actions and developments concerning the relevant Claims, except Claims which Company may have against Contractor; and

(b)     where relevant provide all such assistance to Company as may be reasonably required for the preparation and negotiation of insurance claims.

## 6.10    Company's Insurer

Company will procure or maintain insurance in relation to this Agreement by:

(a)     providing that insurance through a captive insurer or by self-insuring; and/or

(b)     placing that insurance with an insurer of its choice (including placing the whole or a part of the insurance with BHP Billiton Marine and General Insurances Pty Ltd and/or Stein Insurance Company Limited).

## 6.11   Insurance and Indemnification Separate

The obligations of Contractor with respect to the provision of insurance under this Agreement are separate and apart from Contractor's indemnification obligations under this Agreement and Contractor's indemnification obligations shall not be limited in amount or in scope to coverages provided by insurance required by this Agreement. The Parties further agree that failure to fulfill the indemnity obligations does not alter or eliminate the insurance obligations or vice versa.

## 7.     LIABILITY AND INDEMNITY

### 7.1   General

(a)     THE PARTIES ACKNOWLEDGE AND AGREE THAT THIS CLAUSE COMPLIES WITH THE REQUIREMENT, KNOWN AS THE EXPRESS NEGLIGENCE RULE, TO EXPRESSLY STATE IN A CONSPICUOUS MANNER TO AFFORD FAIR AND ADEQUATE NOTICE THAT THIS MSA HAS PROVISIONS REQUIRING ONE PARTY TO BE RESPONSIBLE FOR THE NEGLIGENCE, STRICT LIABILITY OR OTHER FAULT OF THE OTHER PARTY AND ITS GROUP.

(b)     The Parties expressly acknowledge that the indemnity obligations set forth in this MSA survive the termination of this Agreement with respect to any Services or Goods provided prior to such termination.

### 7.2   Mutual Indemnities for Personal Injury and Property Damage

(a)     NOTWITHSTANDING ANY OTHER PROVISION HEREIN, CONTRACTOR SHALL PROTECT, DEFEND, INDEMNIFY, RELEASE AND HOLD HARMLESS COMPANY GROUP FROM AND AGAINST ANY AND ALL CLAIMS DIRECTLY OR INDIRECTLY ARISING OUT OF, RESULTING FROM OR IN CONNECTION WITH THE PROVISION OF THE GOODS AND/OR SERVICES (INCLUDING INGRESS OR EGRESS OF PERSONNEL OR LOADING OR UNLOADING OF CARGO), FOR OR RELATING TO:

(i)     ANY INJURY (INCLUDING PERSONAL AND/OR BODILY INJURY), DEATH OR ILLNESS SUFFERED BY ANY MEMBER OF CONTRACTOR GROUP; AND

(ii)    ANY DAMAGE TO OR LOSS OF ANY EQUIPMENT, MATERIALS, VESSELS OR OTHER PROPERTY OF ANY MEMBER OF CONTRACTOR GROUP EXCEPT TO THE EXTENT THE PROVISIONS OF CLAUSE 7.5 PROVIDE OTHERWISE,

REGARDLESS OF WHETHER CAUSED BY OR THE RESULT, IN WHOLE OR IN PART, OF THE NEGLIGENCE, GROSS NEGLIGENCE, WILFUL MISCONDUCT OR FAULT (IN EACH CASE, WHETHER SOLE, CONCURRENT, JOINT, CONTRIBUTORY, COMPARATIVE, ACTIVE, PASSIVE, OR OTHERWISE) OF ANY MEMBER OF COMPANY GROUP OR ANY OTHER THEORY OF LEGAL LIABILITY, INCLUDING STRICT LIABILITY, PREMISES LIABILITY, BREACH OF CONTRACT, BREACH OF WARRANTY, THE UNSEAWORTHINESS OF ANY VESSEL OR UNAIRWORTHINESS OF ANY AIRCRAFT AND INCLUDING PRE-EXISTING CONDITIONS.

(b)     NOTWITHSTANDING ANY OTHER PROVISION HEREIN, EXCEPT TO THE EXTENT THE PROVISIONS OF CLAUSE 7.3 PROVIDE OTHERWISE, COMPANY SHALL PROTECT, DEFEND, INDEMNIFY, RELEASE AND HOLD HARMLESS CONTRACTOR GROUP FROM AND AGAINST ANY AND ALL CLAIMS DIRECTLY OR INDIRECTLY ARISING OUT OF, RESULTING FROM OR IN CONNECTION WITH THE PROVISION OF THE GOODS AND/OR SERVICES (INCLUDING INGRESS OR EGRESS OF PERSONNEL OR LOADING OR UNLOADING OF CARGO), FOR OR RELATING TO:

(i)     ANY INJURY (INCLUDING PERSONAL AND/OR BODILY INJURY), DEATH OR ILLNESS SUFFERED BY

ANY MEMBER OF COMPANY GROUP; AND

(ii)   ANY DAMAGE TO OR LOSS OF ANY EQUIPMENT, MATERIALS, VESSELS, OR OTHER PROPERTY OF ANY MEMBER OF COMPANY GROUP;

REGARDLESS OF WHETHER CAUSED BY OR THE RESULT, IN WHOLE OR IN PART, OF THE NEGLIGENCE, GROSS NEGLIGENCE, WILFUL MISCONDUCT OR FAULT (IN EACH CASE, WHETHER SOLE, CONCURRENT, JOINT, CONTRIBUTORY, COMPARATIVE, ACTIVE, PASSIVE, OR OTHERWISE) OF ANY MEMBER OF CONTRACTOR GROUP OR ANY OTHER THEORY OF LEGAL LIABILITY, INCLUDING STRICT LIABILITY, PREMISES LIABILITY, BREACH OF CONTRACT, BREACH OF WARRANTY, THE UNSEAWORTHINESS OF ANY VESSEL OR UNAIRWORTHINESS OF ANY AIRCRAFT AND INCLUDING PRE-EXISTING CONDITIONS.

## 7.3   Catastrophic Damages

COMPANY SHALL RELEASE, DEFEND, AND INDEMNIFY CONTRACTOR GROUP FROM AND AGAINST ANY AND ALL CLAIMS ARISING OUT OF OR IN CONNECTION WITH THE PROVISION OF GOODS AND/OR SERVICES UNDER THIS AGREEMENT IN RESPECT TO OR RESULTING FROM:

(a)   DAMAGE TO ANY RESERVOIR OR PRODUCTIVE FORMATION OR THE LOSS OF OIL OR GAS THEREFROM;

(b)   LOSS OR DAMAGE TO THE WELLBORE, ITS CASING, INCLUDING THE COST OF WELL CONTROL AND RE-DRILL;

(c)   CONTAINMENT AND CLEAN-UP RESULTING FROM THE USE OF CONTRACTOR'S OR SUBCONTRACTOR'S RADIOACTIVE TOOLS OR ANY CONTAMINATION RESULTING THEREFROM (INCLUDING, WITHOUT LIMITATION, RETRIEVAL AND/OR CONTAINMENT AND CLEAN-UP);

(d)   COSTS TO CONTROL AND CLEAN-UP HYDROCARBONS FOLLOWING A BLOWOUT, FIRE, EXPLOSION, CRATERING OR ANY UNCONTROLLED WELL CONDITION (INCLUDING, WITHOUT LIMITATION, THE COSTS TO CONTROL A WILD WELL AND THE REMOVAL OF ALL DEBRIS), AND THE LOSS OF OIL OR GAS CAUSED BY OR RESULTING FROM A BLOWOUT OR EXPLOSION; AND

(e)   SUBSURFACE TRESPASS.

PROVIDED HOWEVER:

(x)   **TO THE EXTENT THAT A CLAIM PURSUANT TO CLAUSES 7.3 (A)-(D) ABOVE IS CAUSED BY THE NEGLIGENCE OR FAULT OF ANY MEMBER OF CONTRACTOR GROUP, THEN CONTRACTOR WILL BE RESPONSIBLE FOR, AND RELEASE, DEFEND, INDEMNIFY AND HOLD COMPANY GROUP HARMLESS FOR THE FIRST TWO AND A HALF MILLION U.S. DOLLARS (USD $2,500,000) OF SUCH CLAIM PER OCCURRENCE, ABOVE WHICH AMOUNT COMPANY WILL THEN RELEASE, DEFEND, INDEMNIFY AND HOLD CONTRACTOR HARMLESS IN RESPECT OF SUCH CLAIM; OR**

(y)   **TO THE EXTENT THAT A CLAIM PURSUANT TO CLAUSES 7.3 (A)-(E) ABOVE IS CAUSED BY THE GROSS NEGLIGENCE OR WILFUL MISCONDUCT OF ANY MEMBER OF CONTRACTOR GROUP, THEN CONTRACTOR WILL BE RESPONSIBLE FOR, AND RELEASE, DEFEND, INDEMNIFY AND HOLD THE COMPANY GROUP HARMLESS IN RESPECT OF ALL SUCH CLAIMS WITHOUT LIMIT.**

## 7.4   Tax Matters

CONTRACTOR SHALL PROTECT, DEFEND, INDEMNIFY, RELEASE, AND HOLD HARMLESS COMPANY GROUP FROM AND AGAINST ANY AND ALL CLAIMS, WHETHER BROUGHT BY ANY PERSON, AUTHORITY OR THIRD PARTY ARISING OUT OF, RESULTING FROM OR IN CONNECTION WITH:

(A)   ANY INCORRECT PAYMENT OR FAILURE TO PAY ANY TAXES, AND/OR

(B)   ANY INCORRECT PAYMENT, FAILURE TO PAY OR FAILURE TO PROVIDE ANY UNEMPLOYMENT INSURANCE, WORKERS COMPENSATION INSURANCE OR ANY BENEFITS, INCLUDING, WITHOUT LIMITATION, PENSIONS, ANNUITIES, RETIREMENT BENEFITS, THRIFT PLANS, PROFIT-SHARING PLANS, HEALTH, DENTAL, WELFARE, OR LIFE INSURANCE OR ANY OTHER BENEFITS;

WITH RESPECT TO ANY MEMBER OF CONTRACTOR GROUP.

## 7.5   Equipment lost down hole

SHOULD ANY OF CONTRACTOR'S EQUIPMENT BECOME LOST IN THE WELL DURING THE PERFORMANCE OF THE SERVICES, IN COMPANY'S SOLE DISCRETION, COMPANY SHALL USE ITS COMMERCIALLY REASONABLE EFFORTS TO RECOVER THE LOST EQUIPMENT. IF SUCH EQUIPMENT IS NOT RECOVERED, COMPANY SHALL REIMBURSE CONTRACTOR THE FAIR MARKET VALUE (REDUCED BY ANY DEPRECIATION AND RECOVERABLE COSTS) FOR SUCH LOST EQUIPMENT. NOTWITHSTANDING THE FOREGOING, IN THE EVENT THAT THE CONTRACTOR'S EQUIPMENT IS LOST WHILE IN THE SOLE CARE, CUSTODY OR CONTROL OF CONTRACTOR GROUP, THEN CONTRACTOR SHALL BE RESPONSIBLE FOR, AND RELEASE, DEFEND, INDEMNIFY AND HOLD COMPANY GROUP HARMLESS FOR THE FIRST THREE MILLION U.S. DOLLARS (USD$3,000,000) OF SUCH LOSS PER OCCURRENCE.

## 7.6   Statutory Employees

Where applicable, in cases where Personnel (to include any direct, borrowed, special or statutory employees of Contractor or its Subcontractors of any tier) are providing Goods and/or Services in or offshore the State of Louisiana or are otherwise covered by the Louisiana Workers' Compensation Act, La. R.S. 23:1021 et seq., the Parties agree that the Goods and/or Services provided by such Personnel pursuant to this Agreement are an integral part of and are essential to Company's ability to generate its goods, products, and services for the purpose of La. R.S. 23:1061(a)(1). Furthermore, the Parties agree that Company is the statutory employer of such Personnel for purposes of La. R.S. 23:1061(a) (3) and that Company shall be entitled to the protections afforded a statutory employer under Louisiana law. Irrespective of Company's status as the actual or alleged statutory or special employer (as defined in La. R.S. 23:1031(c)) of any such Personnel, Contractor shall remain primarily responsible for the payment of all workers' compensation and medical benefits to such Personnel and shall not be entitled to seek contribution for any such payments from Company or any other member of Company Group, and Contractor further agrees that it will protect, defend, indemnify, release and hold harmless Company Group from and against any such payments and any and all Claims relating to or asserted by such Personnel for injury, death, illness or property damage or loss, even if any such Personnel claim, assert or are also held to be an employee (whether a direct, statutory, special or borrowed employee, or otherwise) of Company or any other member of Company Group.

## 7.7   Indemnification for Third-Party Claims

(a)   Contractor must indemnify, and keep indemnified, Company Group from and against all Claims for or relating to:

   (i)   death of, or personal injury, disease or illness (including mental injury) to, any Third Party;

   (ii)   damage or loss to the property of any Third Party; or

   (iii)   breach of the Intellectual Property Rights of any Third Party,

   arising directly or indirectly from any wilful misconduct, fault or negligent act or omission of any member of Contractor Group, except to the extent of liability which is caused by the wilful misconduct or a negligent act or omission of a member of Company Group.

(b)   Company must indemnify, and keep indemnified, Contractor Group from and against all Claims for or relating to:

(i)     death of, or personal injury, disease or illness (including mental injury) to, any Third Party;

(ii)    damage or loss to the property of any Third Party; or

(iii)   breach of the Intellectual Property Rights of any Third Party,

arising directly or indirectly from any wilful misconduct, fault or negligent act or omission of any member of Company Group, except to the extent of liability which is caused by the wilful misconduct or a negligent act or omission of a member of Contractor Group.

## 7.8    Waiver of Certain Damages

(a)    To the extent permitted by Law, save as set out in clause (b) below, neither Party or any member of that Party's Group will be liable to the other Party or any member of that other Party's Group in any circumstances for any Consequential Loss arising out of or in connection with this Agreement.

(b)    Nothing in clause (a) above excludes or limits a Party's liability for Consequential Loss:

(i)     in respect of the death of, or personal injury, disease, or illness (including mental injury) to any Third Party, damage or loss to the  property of any Third Party, or breach of Third Party Intellectual Property Rights;

(ii)    for a deliberate breach of this Agreement or any wilful misconduct

(iii)   in respect of liquidated damages (if any) or under any provision in this Agreement where a debt or other payment is due; or

(iv)   to the extent that Contractor recovers any amount for which it is liable under this Agreement from a Subcontractor or Third Party.

## 7.9    Application of Certain Laws

(a)    The indemnities in this Agreement shall be effective to the maximum extent permitted by Law, it being the intent of the Parties that the indemnification and insurance obligations created in this Agreement be fully enforceable. If it is judicially determined that any Law enacted (currently or in the future) limits in any way the extent to which indemnification may be provided to an indemnitee and such Law is applicable to this Agreement, then this Agreement shall be deemed automatically amended to provide that the indemnification obligations provided hereunder shall extend to the maximum extent permitted by such Law. However, such amendment shall not in any way modify, reduce or limit the Parties' insurance obligations in any respect except to the extent mandated otherwise by Law, and, except to the extent otherwise mandated by Law, the Parties' insurance obligations shall include all risks and liabilities allocated to each Party prior to any such amendment.

(b)    In the event this Agreement is interpreted under the Laws of the State of Texas, for purposes of Title 6, chapter 127 of the Texas Civil Practice and Remedies Code, commonly known as the Texas Oilfield Anti-Indemnity Act, the indemnity and insurance provisions of this Agreement shall be effective to the maximum extent permitted by such statute, and Contractor and Company each agree to support their respective indemnity obligations by providing liability insurance coverage (or qualified self-insurance or a combination thereof), with minimum limits and types of coverage not less than those set forth herein and with respect to unilateral obligations, in the statutory amounts, which is obtained by each of the Parties for the benefit of the other Party and its respective Group as indemnitees. Contractor acknowledges and agrees that (i) Company may be self-insured with respect to all or a part of its indemnity obligations hereunder, (ii) Company has the financial capability to fund any such obligations, (iii) such self-

insurance is qualified self-insurance for purposes of the Texas Anti-Indemnity Act, and (iv) such self-insurance is satisfactory to Contractor.

## 8. PAYMENT OF CLAIMS

Contractor agrees to pay all Claims for Equipment, labor, Services and Goods to be furnished by Contractor Group hereunder and agrees to allow no lien or charge resulting from such Claims to be filed against or fixed upon any property of Company Group ("**Lien**") or, in the event of a Lien upon such property of Company Group, to remove and satisfy the Lien immediately. Company may, at its option, pay or discharge any Liens filed against property of Company Group or overdue charges for Equipment, labor, Services and Goods under this Agreement and may deduct such payments from any sum due, or which thereafter may become due, to Contractor hereunder; provided however, that nothing in this paragraph shall operate to waive Contractor's statutory lien rights in the event that Company fails to pay Contractor for undisputed invoices owed to Contractor subject to Contractor having provided Company thirty (30) days' prior notice of its intent to file any Lien. If any Lien remains unsatisfied after all payments are made by Company to Contractor, then Contractor shall refund to Company all monies that Company may be compelled to pay in discharging the Lien, together with reimbursement of fees and other costs incurred by Company Group to have such Lien removed or satisfied.

## 9. FORCE MAJEURE

### 9.1 Force Majeure Events

If Contractor considers that the Services will not be completed and/or the Goods will not be delivered by the date required by this Agreement then, subject to Contractor's compliance with clauses 9.2 and 9.3 and Company's approval pursuant to clause 9.4, Contractor is entitled to an extension to such date if the reason for the delay is one or more of the following (each, a "**Force Majeure Event**"):

(a)     industrial disputes of general application which are not particular to Contractor or Subcontractor and which are not limited to the Site;

(b)     cyclone, hurricane, flood, fire or earthquake;

(c)     war, revolution, embargo, riot, act of terrorism, or civil disturbance.

### 9.2 Event must not be Foreseeable or Fault of Contractor

Contractor may only claim an extension of time under clause 9.1 if:

(a)     Contractor could not reasonably have been expected to foresee the delay at the date of signing this MSA or the relevant Commercial Agreement and/or Order; and

(b)     the Force Majeure Event was beyond the control of any member of Contractor Group and the delay did not result from any wilful misconduct or negligent act or omission by any member of Contractor Group, or any failure by any member of Contractor Group to comply with any obligations under this Agreement.

### 9.3 Requirements for Claim of an Extension of Time

Contractor's claim for an extension of time must be made within fourteen (14) days after the cause of delay has come to Contractor's knowledge, and must include full and detailed particulars (to the extent Contractor is reasonably able to provide) of the extension of time to which Contractor considers it is entitled. Compliance with this clause 9.3 is a condition precedent to Contractor's entitlement to any extension of time for the performance of this Agreement.

### 9.4 Company to Consider Claim for Extension of Time

28

Company must, upon receipt of Contractor's claim for an extension of time under clause 9.3, reasonably consider all the circumstances known to Company at that time. If:

(a)      the claim for an extension of time relates to a Force Majeure Event; and

(b)      the requirements of clauses 9.2 and 9.3 have been satisfied,

then Company must grant an extension of the date by which the relevant obligations under this Agreement must be performed by Contractor. Such extension will be a period of time that is reasonable having regard to the nature of the Force Majeure Event. If Company grants an extension of time under this clause 9.4, Company will give Contractor notice in writing of the extension of time.

**9.5      Extension of Time not Granted**

If Contractor applies for an extension of the completion date, but Company deems Contractor is not entitled to an extension of time, Company must inform Contractor and the completion date remains unchanged, subject to Contractor's rights under Clause 12.

**9.6      Contractor Fails to Comply with Clause 9.3**

In the event that Contractor fails to comply with clause 9.3, then Contractor will have no entitlement to an extension of time and Contractor must comply with the requirements to carry out the Services and/or deliver the Goods by the date required under the Agreement.

**9.7      Termination Due to Force Majeure**

If a Force Majeure Event occurs and the delay caused by such event continues for more than thirty (30) calendar days, then the Company shall have the right to terminate the applicable Commercial Agreement or Order without recourse by Contractor except for payment of Goods and Services provided in accordance with the terms of the relevant Commercial Agreement or Order prior to the Force Majeure event.

**9.8      Obligations during Force Majeure Event**

Company has no obligation to make payments to Contractor under this Agreement for Goods which Contractor is unable to deliver or for Services which Contractor is unable to perform because of a Force Majeure Event. In no event shall a Force Majeure Event relieve either party from the duties to (i) make payments when due for materials or goods that are in process, and (ii) indemnify each other pursuant to Clause 7.

**10.      ASSIGNMENT OF AGREEMENT**

**10.1      Assignment by Contractor**

Contractor must not assign, transfer, charge, subcontract or otherwise deal with its rights or obligations under this Agreement without Company's prior written consent (which consent must not be unreasonably withheld).

**10.2      Assignment by Company**

(a)      Company may assign, transfer, novate or otherwise deal with any or all of Company's rights or obligations under this Agreement at any time to any Related Entity or to any Third Party that is financially capable of meeting Company's obligations under this Agreement.

(b)     If required by Company, Contractor must enter into documentation in a form provided by Company to give effect to the assignment, transfer or novation of Company's rights or obligations under this Agreement.

## 11.     GOVERNING LAW

### 11.1    Jurisdiction

WHETHER IN ARBITRATION, LITIGATION, OR OTHERWISE, THIS AGREEMENT SHALL BE GOVERNED BY AND CONSTRUED IN ALL RESPECTS IN ACCORDANCE WITH THE LAWS OF THE STATE OF TEXAS OF THE UNITED STATES OF AMERICA, AS THOUGH ALL ACTS OR OMISSIONS HEREUNDER HAD OCCURRED IN SUCH STATE, WITHOUT REFERENCE OR REGARD TO ANY STATE'S CONFLICT OF LAW OR CHOICE OF LAW RULES, PROCEDURES OR PRINCIPLES.

### 11.2    Vienna Convention

The parties agree that the *United Nations Convention on Contracts for the International Sale of Goods* (adopted at Vienna on 10 April 1980) does not apply to in respect to this Agreement.

## 12.     DISPUTE RESOLUTION

### 12.1    Procedure

The Parties agree that any dispute between the Parties which arises hereunder shall be resolved in accordance with this dispute resolution procedure ("**Procedure**"). This Procedure shall apply to any Claim or dispute arising under or related to this Agreement, or any other document utilized by the Parties in relation to the provision of the Goods and/or Services, (whether arising in contract, tort or otherwise, and whether arising at law or in equity and irrespective of termination of this Agreement) (hereafter a "**Dispute**"), including:

(a)     any such Dispute regarding the construction, interpretation, performance, validity or enforceability of any provision of this Agreement or any other document utilized by the Parties in relation to the provision of the Goods and/or Services or whether either Party is in compliance with, or breach of, any provisions of this Agreement or any other document utilized by the Parties in relation to the provision of the Goods and/or Services; and

(b)     the applicability of this Procedure to a particular provision of this Agreement or any other document utilized by the Parties in relation to the provision of the Goods and/or Services.

The provisions of this Procedure shall be the exclusive method of resolving Disputes and in the event of any Dispute which is ongoing during the term of this Agreement, Commercial Agreement or any Order, Contractor shall continue to provide the Goods and/or Services as required and as directed by Company.

### 12.2    Negotiation to Resolve Disputes

If a Dispute arises, the Parties shall attempt to resolve such Dispute through the following procedure:

(a)     first, a Party must give written notice of the Dispute ("**Notice of Dispute**") to the other Party in accordance with the notice provisions of this Agreement. The Notice of Dispute must request a meeting, whether by phone or in person, of the appropriate senior management representatives of each Party (or its designee(s)) authorised to resolve the Dispute for the purpose of making a good faith attempt to resolve the Dispute ("**Settlement Meeting**");

(b)     second, the Parties must participate in the Settlement Meeting within thirty (30) days following the issuance of the Notice of Dispute; and

(c)     third, if the Dispute remains unresolved following the Settlement Meeting, the Parties may proceed to resolve the Dispute in accordance with the following clause.

**12.3     Forum**

ANY LEGAL ACTION, SUIT, OR PROCEEDING IN ANY WAY RELATED TO OR ARISING OUT OF THIS AGREEMENT SHALL BE BROUGHT EXCLUSIVELY IN A FEDERAL OR STATE COURT IN HARRIS COUNTY, TEXAS.  EACH PARTY CONSENTS TO THE JURISDICTION AND VENUE OF THE FEDERAL AND STATE COURTS IN HARRIS COUNTY, TEXAS HAVING SUBJECT MATTER JURISDICTION OVER THE DISPUTE AND HEREBY WAIVES ANY CHALLENGE TO SUCH JURISDICTION AND VENUE.

**12.3     Conduct of Arbitration**

Any arbitration hearing shall be conducted in accordance with the Rules and held in Houston, Texas, in the English language. The arbitrator(s) shall conduct the arbitration in accordance with the Rules and shall apply the substantive Law agreed to by the Parties in this Agreement to resolve a Dispute excluding any conflict of Laws or choice of Law rules, procedures or principles and shall in no case award any punitive, special, exemplary, indirect or consequential damages or losses, including loss of profits or loss of business opportunity unless otherwise provided in clause 7.9(b).  The Party who, in light of the claims, causes or actions, and defenses asserted, is afforded substantially greater relief shall be entitled to recovery of reasonable attorney's fees and costs incurred. The decision of the arbitrator(s) (which shall be a reasoned opinion rendered in writing) shall be final, non-appealable and binding upon the Parties and may be enforced in any court of competent jurisdiction or other regulatory body authorized to enforce such an award. Unless a Party is required to enforce the award of the arbitrator(s) in a court of competent jurisdiction or otherwise required by legal authorities with competent jurisdiction, all materials, information, testimony and evidence produced and/or introduced during the arbitration proceedings, including all rulings and decisions rendered by the arbitrator(s), shall be kept confidential and shall not be disclosed without the prior written consent of the other Party.   Without prejudice to the foregoing, either Party may at any time request from any competent judicial authority any interim or conservatory measure necessary to give effect to the arbitration proceedings brought hereunder.

**13.     NOTICES**

**13.1     Written Notices**

Any notice hereunder will be effective if: (i) delivered by hand, on the date it is delivered to the recipient; (ii) sent by U.S. certified mail or reasonable equivalent in other jurisdictions, postage prepaid, return receipt requested, the date shown as delivered on the return notice; (iii) sent by e-mail, upon receipt, except if the email is received after 5:00 pm local time of the recipient, that email will be deemed to have been received on the following business day; (iv) sent by facsimile, upon receipt, except if the facsimile is received after 5:00 pm local time of the recipient, that facsimile will be deemed to have been received on the following business day; or (v) sent by Federal Express (or other reputable courier service) the date shown on the notice of delivery.  For purposes of clarity, documenting the receipt of a notice shall not confer agreement with its content.  Either Party may, at any time, change its address for notice purposes by giving written notice of such change to the other Party. All notices and communications to be given or provided under this Agreement shall be in writing in English and shall be sent to:

| **COMPANY** | **CONTRACTOR** |
|---|---|
| Name: | Name: |
| Principal Category | |
| Title:   Management | Title:   Contracts Manager |
| Address1:   1500 Post Oak Boulevard | Address1:   11211 FM 2920 Rd. |

| | | | | |
|---|---|---|---|---|
| Address2: | Houston, Texas 77056 | | Address2: | Tomball, Texas 77375 |
| Office Phone: | 7135996137 | | Office Phone: | 281-408-2361 |
| Mobile Phone: | | | Mobile Phone: | ███████ |
| Fax: | 713-583-9640 | | Fax: | |
| Email: | ████████ | | Email: | ████████ |

## 14.   MISCELLANEOUS

### 14.1   Entire Agreement

(a)     To the extent permitted by Law, this MSA (together with the applicable Commercial Agreement(s) and/or Order(s)) constitutes the entire agreement between the Parties in respect of its subject matter and supersedes all prior agreements, quotation requests, understandings, representations, warranties, promises, statements, negotiations, letters and documents in respect of its subject matter (if any) made or given by the Parties.

(b)     To the extent permitted by Law and to the extent Contractor's terms and conditions are supplied to Company in respect of the Goods or Services (including as printed on quotes, invoices, consignment notes or other documents), those terms and conditions will be of no legal effect and will not constitute part of this Agreement (even if any of Company's personnel signs those terms and conditions or annexes the terms and conditions to this Agreement).

### 14.2   Amendments and Waivers

(a)     This Agreement may only be amended or its provisions waived by mutual written agreement by the authorised personnel of the Parties, which agreement shall expressly reference the intent to amend, or waive any provision of, this MSA, as applicable.

(b)     The non-exercise of, or a delay in exercising, any power or right of a Party does not operate as a waiver of that power or right, nor does any single exercise of a power or right preclude any other or further exercise of it or the exercise of any other power or right by a Party.

(c)     A power or right of a Party may only be waived in writing by that Party.

### 14.3   Exercising Rights

Unless this Agreement expressly provides otherwise:

(a)     a Party may exercise a right, remedy or power in any way that Party considers appropriate; and

(b)     the rights, powers and remedies provided by this Agreement are in addition to any rights, powers and remedies provided by Law.

### 14.4   Acknowledgements

Contractor has read this Agreement and has made all necessary and independent inquiries in relation to all matters relevant to the entry into and the performance of Contractor's obligations under this Agreement.

### 14.5   Severability

Any provision in this Agreement which is invalid or unenforceable in any jurisdiction:

(a)     is to be:

32

  (i)  read down for the purposes of that jurisdiction, if possible, so as to be valid and enforceable; and

  (ii)  severed to the extent of the invalidity or unenforceability; and

(b)  does not affect the remaining provisions of this Agreement or the validity or unenforceability of that provision in any other jurisdiction.

## 14.6 Counterparts

This Agreement may be executed in multiple counterparts each of which shall be deemed an original and all of which taken together shall constitute one instrument; provided, however, that this Agreement shall be effective from the Effective Date as to each Party upon its execution hereof.

## 14.7 Interpretation

In the consideration and interpretation of this Agreement, the following shall apply:

(a)  a reference to this Agreement means this Agreement as amended, novated, supplemented, varied or replaced from time to time;

(b)  a reference to 'including', 'includes' or 'include' must be read as if it is followed by '(without limitation)';

(c)  where a word or an expression is defined, any other part of speech or grammatical form of that word or expression has a corresponding meaning;

(d)  headings are for convenience only and do not affect interpretation of this Agreement;

(e)  a reference to any Party includes that Party's executors, administrators, substitutes, successors and permitted assigns;

(f)  a reference to any legislation or legislative provision includes any statutory modification or re-enactment of, or legislative provision substituted for, and any sub-ordinate legislation issued under, that legislation or legislative provision;

(g)  words in the singular include the plural and vice-versa;

(h)  the Parties expressly acknowledge that the Parties' obligations contained in clauses 3, 5, 6, 7, and 12 of this MSA shall survive the termination of the Agreement;

(i)  each Party acknowledges that it has reviewed this MSA with legal counsel or has been afforded the opportunity to do so;

(j)  no rule of construction applies to the disadvantage of a Party on the basis that the Party put forward this MSA or any part of it; and

(k)  unless specifically noted to the contrary, in this Agreement and any other document related hereto, all currencies shall be in United States dollars.

33

IN WITNESS WHEREOF, the Parties have executed this MSA in duplicate effective on the Effective Date.

**COMPANY**

_____

Signature

_____

Name

_____

Title

Date   2 1 / 11 / 2 0 1 7 .

**CONTRACTOR**

_____

Signature

_____

Name

CƟO

_____

Title

10/20/2017

Date