IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BPX PRODUCTION COMPANY, F/K/A PETROHAWK ENERGY CORPORATION,<br>Plaintiff, | § § § § § | |
| v. | § § | |
| CERTAIN UNDERWRITERS AT LLOYD'S, LONDON SUBSCRIBING TO CGL POLICY NO. ENGLO1800982 and CERTAIN UNDERWRITERS AT LLOYD'S, LONDON SUBSCRIBING TO UMBRELLA POLICY NO. ENGLO1800981,<br>Defendants. | § § § § § § § § § § | CIVIL ACTION NO.: 22-cv-001058 |

## AFFIDAVIT OF AMANDA J. KUJDA

STATE OF TEXAS          §

HARRIS COUNTY       §

Before me, the undersigned notary, on this day personally appeared Amanda J. Kujda, the affiant, a person whose identity is known to me. After I administered an oath, affiant testified as follows:

1. "My name is Amanda J. Kujda. I am competent to make this affidavit. The facts stated in this affidavit are within my personal knowledge and are true and correct.

2. I am a licensed attorney in the State of Texas and counsel of record for improperly named defendants - Certain Underwriters at Lloyd's, London Subscribing to

1

CGL Policy No. ENGLO1800982 and Certain Underwriters at Lloyd's, London Subscribing to Umbrella Policy No. ENGLO1800981 ("Underwriters").[1]

3. As such, I have personal knowledge of this lawsuit, including the documents attached to Improperly Named Defendants' Opposed Motion to Dismiss Under 12(b)(6) for Failure to State a Claim (Dkt. 19).

4. Attached to Improperly Named Defendants' Opposed Motion to Dismiss Under 12(b)(6) for Failure to State a Claim (Dkt. 19) are the following exhibits:

A. Exhibit A (Dkt. 19-1): a true and correct copy of Commercial General Liabilities policy bearing unique market reference B0713ENGLO1800982.

B. Exhibit B (Dkt. 19-2): a true and correct copy of umbrella Liabilities policy bearing unique market reference B0713ENGLO1800981.

C. Exhibit C (Dkt. 19-3): a true and correct copy of a Master Services Agreement dated October 12, 2017 provided to Underwriters.

FURTHER AFFIANT SAYETH NOT.

_____
Amanda J. Kujda

SWORN TO and SUBSCRIBED before me by Amanda J. Kujda on June 23, 2022.

GLORIA ANN COMPTON
Notary Public, State of Texas
Comm. Expires 04-20-2025
Notary ID 11999956

_____
Notary Public in and for
the State of Texas

---

[1] Defendants are correctly named as "certain Underwriters subscribing to CGL Policy ENGLO1800982 and Umbrella Policy ENGLO1800981".