## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| BPX PRODUCTION COMPANY, F/K/A PETROHAWK ENERGY CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>CERTAIN UNDERWRITERS AT LLOYD'S, LONDON SUBSCRIBING TO CGL POLICY NO. ENGLO1800982 and CERTAIN UNDERWRITERS AT LLOYD'S, LONDON SUBSCRIBING TO UMBRELLA POLICY NO. ENGLO1800981,<br><br>Defendants. | §§§§§§§§§§§§§§§§§ | CIVIL ACTION NO.: 22-cv-001058 |

### [PROPOSED] ORDER GRANTING IMPROPERLY NAMED DEFENDANTS' OPPOSED MOTION TO DISMISS UNDER 12(b)(6) FOR FAILURE TO STATE A CLAIM

THE COURT, having considered Improperly Named Defendants' Opposed Motion to Dismiss Under 12(b)(6) for Failure to State Claim (Dkt. 19) and having considered the briefs and arguments of the parties, hereby finds that the Motion should be GRANTED in its entirety. It is, therefore, ORDERED that BPX Production Company, f/k/a Petrohawk Energy Corporation's First Amended Complaint (Dkt. 18) is DISMISSED WITH PREJUDICE.

SIGNED this _____ day of _____, 2022.

_____
THE HONORABLE GEORGE C. HANKS, JR.

HOUIMAN\1151563-1