

# PLAVNICKY KINZEL MAKOWSKI LLP

ATTORNEYS

5300 MEMORIAL DRIVE, SUITE 675
HOUSTON, TEXAS 77007

DAVID J. PLAVNICKY
PARTNER
WWW.PKMTEXAS.COM

TELEPHONE: 713.658.1111
FACSIMILE: 713.658.8253
E-MAIL: DJPLAV@PKMTEXAS.COM

February 12, 2019

Ms. Lesa Carter
BJ Services, LLC
11211 FM 2920
Tomball, Texas 77375

**Via Hand Delivery**

Re:   Insured: BJ Services, LLC
      CGL Policy ENGLO1800982
      Umbrella Policy ENGLO1800981
      Date of Loss: October 2, 2019
      Claimant: BHP Billiton Petroleum (Petrohawk Energy)
      PKM ref.: 188.098

Ms. Carter:

As you are aware, we have been instructed by Underwriters subscribing to CGL Policy ENGLO1800982 and Umbrella Policy ENGLO1800981 ("Underwriters") to review coverage with respect to the claim made by BHP Billiton ("BHP") against BJ Services ("BJ") for damages to State Willie Vee 56-T3-6 W107H well ("the well") located in Reeves County, Texas. BHP is asserting a claim under a Master Services Agreement entered on October 12, 2017 between Petrohawk Energy Corporation ("Petrohawk") a BHP affiliate and BJ.

BHP claims that the well was damaged as the result of BJ improperly preparing a cement mixture which prematurely set when pumped into the well allegedly causing 7000 feet of cement to harden in the well. BHP is asserting its claim under Clause 7.3 of the Petrohawk/BJ contract which provides in relevant part:

> **7.3   *Catastrophic Damages***
>
> ***COMPANY SHALL RELEASE, DEFEND AND INDEMNIFY CONTRACTOR GROUP FROM AND AGAINST ANY AND ALL CLAIMS ARISING OUT OF OR IN CONNECTION WITH THE***

**PROVISION OF GOODS AND/OR SERVICES UNDER THIS AGREEMENT IN RESPECT TO OR RESULTING FROM:**

> **(a)    DAMAGE TO ANY RESERVOIR OR PRODUCTION FORMETION OR THE LOSS OR GAS THEREFROM;**
>
> **(b)    LOSS OR DAMAGE TO THE WELLBORE, ITS CASING, INCLUDING THE COST OF WELL CONTROL AND RE-DRILL;**
>
> **(c)...**
>
> **(d)...**
>
> **(e)...**

**PROVIDED, HOWEVER,**

> **(x)    THAT A CLAIM PURSUANT TO CLAUSE 7 (A-D) ABOVE IS CAUSED BY THE NEGLIGENCE OR FAULT OF ANY MEMBER OF THE CONTRACTOR GROUP, THEN CONTRACTOR WILL BE RESPONSIBLE FOR, AND RELEASE, DEFEND, INDEMNIFY AND HOLD COMPANY GROUP HARMLESS FOR THE FIRST TWO AND A HALF MILLION DOLLARS (USD2,500,000) OF SUCH CLAIMS PER OCCURRENCE, ABOVE WHICH AMOUNT COMPANY WILL THEN RELEASE, DEFEND, INDEMNIFY AND HOLD CONTRACTOR HARMLESS IN RESPECT OF SUCH CLAIM; OR ...**

\* \* \*

Underwriters have directed us to inform you that Underwriters deny they are obligated to indemnify or provide coverage under either policy as will be more fully detailed below.

The CGL policy provides in relevant part:

**SECTION I – COVERAGES**

**COVERAGE A.    BODILY INJURY AND PROPERTY DAMAGE LIABILITY**

1.    *Insuring Agreement*

EXHIBIT C

    a.    *We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. …*

    b.    *This insurance applies to "bodily injury" and "property damage" only if:*

        (1)    *The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory"; and*

        (2)    *The "bodily injury" or "property damage" occurs during the policy period.*

\* \* \*

2.    *Exclusions*

*This insurance does not apply to:*

\* \* \*

    b.    *Contractual Liability*

*"Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:*

        (1)    *That the insured would have in the absence of the contract or agreement; or*

        (2)    *Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement.*

\* \* \*

    j.    *Damage to Property*

*"Property damage" to:*

\* \* \*

  (5) *That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the "property damage" arises out of those operations; or*

  (6) *That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.*

* * *

*Paragraphs (3), (4), (5) and (6) of this exclusion do not apply to liability assumed under a sidetrack agreement.*

*Paragraph (6) of this exclusion does not apply to "property damage" included in the "products-completed operations hazard".*

* * *

**SECTION V – DEFINITIONS**

8. *"Insured contract" means:*

  f. *That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.*

* * *

13. *"Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.*

15. *"Property damage" means:*

  a. *Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or*

    b.    Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

* * *

Also added by endorsement:

**SUPPLEMENTARY EXCLUSIONS B**

NOTWITHSTANDING ANYTHING TO THE CONTRARY CONTAINED IN THIS POLICY, IT IS HEREBY UNDERSTOOD AND AGREED THAT THIS POLICY IS SUBJECT TO THE FOLLOWING ADDITIONAL EXCLUSIONS AND THAT THIS POLICY SHALL NOT APPLY TO:-

1.    any liability for

    a.    loss of or damage to any well or hole

        (i)    which is being drilled or worked over by or on behalf of the Insured, or

        (ii)    which is in the care custody or control of the Insured, or

        (iii)    in connection with which the Insured has provided services, equipment or materials.

    b.    any cost or expense incurred in the redrilling or restoring of any such well or any substitute well or hole.

2.    any liability for loss of or damage to any drilling tool, pipe, collar, casing, bit, pump, drilling or well servicing machinery, or any other equipment while it is below the surface of the earth in any well or hole

    a.    which is being drilled or worked over by or on behalf of the Insured, or

    b.    which is in the care custody or control of the Insured, or

    c.    in connection with which the Insured has provided services, equipment or materials.

3.    any liability for costs and expenses incurred in, or incidental to

    a.    controlling or bringing under control any wells or holes, or

    b.    *extinguishing fire in or from any wells or holes, or*

    c.    *drilling relief wells or holes, whether or not the relief wells or holes are successful.*

4.    *any liability for costs and expenses incurred in, or incidental to*

    a.    *the raising, removal or destruction of any wreckage, debris or obstruction, however caused, whether or not the property of the Insured, and whether or not such raising, removal or destruction is required by law, contract or otherwise,*

    b.    *the removal or recovery of any drilling tool, pipe, collar, casing, bit, pump, drilling or well servicing machinery or any other equipment while it is below the surface of the earth in any well or hole.*

5.    *any liability for loss of or damage to sub-surface oil, gas, water, or other substance or material, or the cost or expense of reducing to physical possession above the surface of the earth any oil, gas, water, or other substance or material, or expense incurred or rendered necessary to prevent or minimise such loss or damage.*

6.    *any liability for damages to any Co-owner of a working interest with respect to such working interest. As used in this exclusion, the term "Co-owner of a working interest" means any person or entity working with the Insured, a Co-owner, joint venturer or mining paltncr in mineral properties who participates in the operating expense of such properties or revenues therefrom, or who has the right to participate in the control, development or operation of such properties.*

\* \* \*

It has been agreed by the Underwriters that Exclusion 4(a) does not apply to third party property.

In view of Exclusions j. (5) and j. (6) of the coverage form and the Supplementary Exclusions B Underwriters have directed us to inform you that they are not obligated to indemnify or provide coverage to BJ under CGL policy ENGLO1800982 for the claims asserted by BHP.

The policy has been further amended by inclusion of the **UNDERGROUND PROPERTY DAMAGE ENDORSEMENT** which provides, in relevant part:

*Notwithstanding exclusion 5. of the Supplementary Exclusions B attached to this policy, the exclusion shall not apply to "property damage" included within the "underground property damage hazard" provided that the Insured establishes that all of the following conditions have been met:*

A.   *The "occurrence" was accidental . . .*

B.   *The "occurrence" can be identified as commencing at a specific time and date during the term of the policy.*

C.   *The "occurrence" became known to the Insured within 30 days after its commencement and is reported to the insurers within 60 days thereafter.*

D.   *The "occurrence" did not result from the insured's intentional and willful violation of any government statute, rule or regulation.*

*Exclusions 1, 2, and 3 of the Supplementary Exclusions B attached to this policy shall only apply in respect of any well or hole in which the Insured has an ownership or financial interest or in respect of operations performed by the insured under a Turnkey contract. Coverage by this paragraph is subject to conditions A, B, C, and D above.*

\* \* \*

***Definition****:*

*"underground property damage hazard" means "property damage" to oil, gas, aquifer including water contained therein or other mineral substances which have not been reduced to physical possession above the surface of the earth or above the surface of any body of water.*

\* \* \*

***Agreement in Connection with Blow-outs or Cratering of Wells***

\* \* \*

B.   *Express Agreement in respect exclusions 1, 2, 3, and 5 of the Supplementary Exclusions B where the insured is not an operator or non-operator.*

*Unless otherwise agreed by insurers in writing, the Insured agrees through written contract to contract out of all responsibilities covered by this limited writeback of coverage other than for gross negligence exceptions.*

*Coverage hereon will not apply if the insured has failed to obtain contractual protection from an operator of any well or hole. Coverage will continue if a contract is ruled invalid by a court of competent jurisdiction.*

* * *

The Underground Property Damage Endorsement is limited writeback coverage for damages specifically excluded by Supplementary Exclusions provided that the insured complies with all terms and conditions stated therein.

In this instance BJ has not complied with Subsection B, *Express Agreement in respect exclusions 1, 2, 3, and 5 of the Supplementary Exclusions B where the insured is not an operator or non-operator* of the **Agreement in Connection with Blow-outs or Cratering of Wells** with the result that the Underground Property Damage Endorsement is not applicable. Underwriters have instructed us to deny they are obligated to indemnify or provide coverage to BJ for the claim asserted by BHP.

Umbrella Policy ENGLO1800981 provides in relevant part:

**I.     INSURING AGREEMENTS**

    **1.     COVERAGE**

*In consideration of the payment of the premium set out in Item 7 of the Declarations and in reliance upon the proposal for this policy (hereinafter Policy), statements made, and any supplementary information pertaining to the proposal which are all deemed incorporated herein, Underwriters agree, subject to the Insuring Agreements, Conditions, Exclusions, Definitions and Declarations contained in this Policy, to indemnify the "Insured" in respect of its operations anywhere in the World, and any "Additional Insured" as far as applicable for "Ultimate Net Loss" by reason of liability:*

*(a)     imposed upon the "Insured" by law or*

*(b)     assumed by the "Insured" under an "Insured Contract",*

*for damages in respect of: …*

    *(iii)     "Property Damage"*

*caused by or arising out of an "Occurrence" during the Policy Period as set out in Item 5 of the Declarations.*

* * *

The definitions of "property damage" and "insured contract" are as they appear in the CGL policy.

**SECTION III, EXCLUSIONS** *of the excess policy provides in relevant part:*

*This Policy shall not indemnify for any actual or alleged liability:*

1. *arising out of breach of contract;*

\* \* \*

7. *for "Property Damage" to property worked on by or on behalf of the "Insured" arising out of such work or any portion thereof, or out of any material, parts or equipment furnished in connection therewith;*

8. *for the withdrawal, recall, return, inspection, repair, replacement, or loss of use of the "Insured's Products" or work completed by or for the "Insured" or for any property of which such "Insured's Products" or work form a part;*

\* \* \*

The excess policy has been endorsed to include the **SUPPLEMENTAL EXCLUSIONS B** and **THE UNDERGROUND PROPERTY DAMAGE ENDORSEMENT** as cited above.

\* \* \*

In view of Exclusions 7 and 8 of the umbrella coverage form, the Supplementary Exclusions B, together with the inapplicability of the Underground Property Damage Endorsement, Underwriters have directed us to inform you that they deny any obligation to indemnify or provide coverage to BJ for the claim asserted by BHP.

Underwriters have directed us to inform you Underwriters reserve the right to supplement this coverage position under the policies in the event additional information is developed or is disclosed. Any further action in connection with the investigation of the claims asserted should not be construed as an admission by Underwriters of coverage, nor should any actions be construed as a waiver of any of Underwriters' rights to invoke the terms, conditions, limitations and exclusions of the policies, all of which actions taken on behalf of Underwriters are done entirely without prejudice. Underwriters also reserve the right to assert policy provisions or defenses not discussed in this letter, which may be

discovered to be applicable. No waiver of the right to assert additional provisions or defenses is intended and such waiver is expressly denied.

Underwriters' coverage position set forth above is based solely on information available to Underwriters to date. Should any information become available or be discovered which suggests Underwriters should re-visit this determination, please advise. Should you have any questions regarding Underwriters' position in this matter, please feel free to contact me.

Respectfully,

David J. Plavnicky

DJP/ccc

cc: Mr. Graeme Herrington  *Graeme.herrington@uk.lockton.com*
Lockton Global Energy
The St. Botolph Building
138 Houndsditch
London ED3A 7AG

Mr. Kevin R. Sisk  ***Hand Delivery***
Lockton Companies, LLC
3657 Briarpark Drive, Suite 700
Houston, Texas 77052