# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| BPX PRODUCTION COMPANY, F/K/A PETROHAWK ENERGY CORPORATION,<br>　　　　Plaintiff,<br><br>v.<br><br>CERTAIN UNDERWRITERS AT LLOYD'S, LONDON SUBSCRIBING TO CGL POLICY NO. ENGLO1800982 AND CERTAIN UNDERWRITERS AT LLOYD'S, LONDON SUBSCRIBING TO UMBRELLA POLICY NO. ENGLO1800981,<br>　　　　Defendants. | §§§§§§§§§§§§§§§§§ | CIVIL ACTION NO.: 22-CV-001058 |

## **ORDER**

Before the Court is Improperly Named Defendants' Opposed Motion to Dismiss Under 12(b)(6) for Failure to State a Claim (Doc. No. 19). After considering the motion, the response, and the argument of counsel, the Court is of the opinion that the Motion should be DENIED.

It is therefore ORDERED, ADJUDGED, and DECREED that Improperly Named Defendants' Opposed Motion to Dismiss Under 12(b)(6) for Failure to State a Claim (Doc. No. 19) is hereby **DENIED** in all respects.

SIGNED this \_\_\_\_ day of _____, 2022.

_____
Hon. George C. Hanks, Jr.