United States District Court
Southern District of Texas
**ENTERED**
August 15, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BPX PRODUCTION COMPANY, | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:22-CV-01058 |
| | § | |
| CERTAIN UNDERWRITERS AT | § | |
| LLOYD'S LONDON SUBSCRIBING TO | § | |
| CGL and CERTAIN UNDERWRITERS | § | |
| AT LLOYD'S LONDON SUBSCRIBING | § | |
| TO UMBRELLA, | § | |
| Defendants. | § | |

## ORDER TO TRANSFER

The parties having indicated on their joint discovery/case management plan their consent to proceed before the magistrate judge, it is hereby **ORDERED** that this case is reassigned to the docket of United States Magistrate Judge Andrew M. Edison to conduct all further proceedings, including final judgment.

The scheduling conference set for August 24, 2022 is cancelled.

SIGNED at Houston, Texas on August 15, 2022.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE