# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| BPX PRODUCTION COMPANY, | § | |
| Plaintiff. | § § § | |
| v. | § | CIVIL ACTION NO. 4:22-cv-01058 |
| CERTAIN UNDERWRITERS AT LLOYD'S LONDON SUBSCRIBING TO CGL, *et al.*, | § § § § § | |
| Defendants. | § | |

## ORDER

On August 15, 2022, upon the parties' consent, this case was transferred to United States Magistrate Judge Andrew M. Edison under 28 U.S.C. § 636(c)(1) to conduct all further proceedings, including final judgment. *See* Dkt. 25.

Pursuant to the Court's Opinion and Order, *see* Dkt. 32, it is ordered that this matter is dismissed.

This is a final judgment.

SIGNED this 3rd day of January 2023.

_____
ANDREW M. EDISON
UNITED STATES MAGISTRATE JUDGE