# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| BPX PRODUCTION COMPANY, F/K/A PETROHAWK ENERGY CORPORATION, <br>     Plaintiff, <br><br> v. <br><br> CERTAIN UNDERWRITERS AT LLOYD'S, LONDON SUBSCRIBING TO CGL POLICY NO. ENGLO1800982 AND CERTAIN UNDERWRITERS AT LLOYD'S, LONDON SUBSCRIBING TO UMBRELLA POLICY NO. ENGLO1800981, <br>     Defendants. | CIVIL ACTION NO.: 22-CV-001058 |

## NOTICE OF APPEAL

Notice is hereby given that BPX Production Company f/k/a Petrohawk Energy Corporation, Plaintiff above named, hereby appeals to the United States Court of Appeals for the Fifth Circuit the Opinion and Order entered in this action on January 3, 2023 (Docket Entry No. 32) and the Final Judgment entered on January 3, 2023 (Docket Entry No. 33).

Respectfully,

By: */s/ John D. Sullivan*
    John D. Sullivan
    State Bar No. 19484490
    (713) 634-3620 Direct
    jsullivan@pierceoneill.com

Tracy C. Temple
State Bar No. 00793446
(713) 634-3607 Direct
ttemple@pierceoneill.com

Brian K. Tully
State Bar No. 24039217
(713) 634-3608 Direct
btully@pierceoneill.com

PIERCE & O'NEILL, LLP
4203 Montrose Boulevard
Houston, Texas 77006
(713) 634-3600 Main
(713) 634-3601 Fax

**ATTORNEYS FOR PLAINTIFF
BPX PRODUCTION COMPANY**

**CERTIFICATE OF SERVICE**

I certify that on February 1, 2023, a copy of the foregoing document was served upon all parties of record in accordance with Federal Rules of Civil Procedure via the method indicated below:

*Via electronic service*
Amanda J. Kujda
Amanda.kujda@hfw.com
Michael E. Carrer
Michael.carrer@hfw.com
5151 San Felipe, Suite 400
Houston, Texas 77056

*Attorneys for Defendants*

　　　　　　　　　　　　　　　　　　　　　　　*/s/John D. Sullivan*
　　　　　　　　　　　　　　　　　　　　　　　John D. Sullivan

1036703